UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as Wisconsin Elections Commissioners,<br><br>Defendants. | Civil Action No. 3:20-cv-00249 |

**DECLARATION OF BRUCE V. SPIVA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Bruce V. Spiva, am an attorney with the firm of Perkins Coie LLP, and counsel for Plaintiffs Democratic National Committee and Democratic Party of Wisconsin. I make this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

1. Attached as **Exhibit 1** is a true and correct copy of Governor Tony Evers' Emergency Order #5, issuing a "statewide moratorium" on gatherings of 10 or more people effective March 17, 2020.

2. Attached hereto as **Exhibit 2** is a true and correct copy of a March 17, 2020 announcement from Greg Mickells, Library Director of the Madison Public Library, stating that Madison Public Library locations are closed to the public. There is no "expected reopening date."

3. Attached hereto as **Exhibit 3** is a true and correct copy of a March 17, 2020 press release from the Wisconsin Elections Commission titled "Absentee Ballot Requests for April 7

- 2 -

Already Exceed Last Three Spring Election Absentee Numbers Due to COVID-19."

   4.  Attached as **Exhibit 4** is a true and correct copy of the Wisconsin Department of Health Services' website, which shows 72 positive test results for COVID-19 in Wisconsin as of March 17, 2020.

   5.  Attached as **Exhibit 5** is a true and correct copy of "General Election Voter Registration and Absentee Statistics 1984-2016," a spreadsheet compiled by the Wisconsin Elections Commission.

   6.  Attached as **Exhibit 6** is a true and correct copy of a March 18, 2020 Wisconsin State Journal article titled "Absentee ballots issued statewide for April surpass recent spring elections."

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated this 18th day of March, 2020.

                     *s/ Bruce V. Spiva*
                      Bruce V. Spiva