# Exhibit 1



State of Wisconsin
## Department of Health Services

Tony Evers, Governor
Andrea Palm, Secretary

**EMERGENCY ORDER #5**
**PROHIBITING MASS GATHERINGS OF 10 PEOPLE OR MORE**

1. Under the authority of Wis. Stat. § 252.02(3) and at the direction of Governor Tony Evers, I, Andrea Palm, Secretary-designee of the Wisconsin Department of Health Services, order a statewide moratorium on mass gatherings of 10 people or more to mitigate the spread of COVID-19. This order supersedes any previous Emergency Order that conflicts with this order.

2. Effective at 5:00 p.m. on Tuesday, March 17, 2020, all public and private mass gatherings are prohibited in the State of Wisconsin.

   "Mass gathering" is any planned or spontaneous, public or private event or convening that will bring together or is likely to bring together 10 or more people in a single room or single confined or enclosed space at the same time.

   All gatherings that bring together or are likely to bring together less than 10 people in a single room or confined or enclosed space at the same time must:

   a. Preserve social distancing of 6 feet between people, and
   b. Follow all other public health recommendations issued by the Wisconsin Department of Health Services and Centers for Disease Control.

   Voluntary cancelation, closure, or limitations on size of gathering beyond the requirements of this order are permitted.

3. Effective at 5:00 p.m. on Tuesday, March 17, 2020, all bars and restaurants shall close in the State of Wisconsin, except as provided below for restaurants.

4. Effective at 5:00 p.m. on Wednesday, March 18, 2020, all public and private schools and institutions of higher education in the State of Wisconsin shall close for instructional and extracurricular activities at 5:00 p.m. Such institutions shall remain closed for the duration of the

---

1 West Wilson Street • Post Office Box 7850 • Madison, WI 53707-7850 • Telephone 608-266-9622 •
www.dhs.wisconsin.gov
*Protecting and promoting the health and safety of the people of Wisconsin*

public health emergency or until a subsequent order lifts this specific restriction.

**This order may include, but is not limited to mass gatherings at:** public or private schools, auditoriums, theaters, movie theaters, museums, stadiums, arenas, conference rooms, meeting halls, exhibition centers, taverns, health and fitness centers, recreation centers, licensed pools, and places of worship and religious gatherings.

**This order exempts the following:**
1. TRANSPORTATION:
    a. Airports as long as restaurants comply with the restrictions in Section 11 below.
    b. Mass transportation.
2. EDUCATIONAL INSTITUTIONS
    a. Public, private, and charter schools only for noninstructional purposes, such as medication pickup, childcare services, providing meals, and when operating as polling places.
3. CHILDCARE
    a. Childcare locations (including those that operate within a facility that is otherwise prohibited), residential care centers, and group homes.
4. HOTELS AND MOTELS
    a. Hotels and motels as long as restaurants comply with the restrictions in Section 11 below.
5. GOVERNMENT
    a. Military and National Guard facilities.
    b. Law enforcement, jails, secure treatment centers, and correctional facilities, including any facility operated by the Department of Corrections, and any facility used to respond to natural disasters or public health emergencies.
    c. State and local government facilities, including government service centers, unless prohibited elsewhere in this order or another order.
    d. Facilities operated by the Wisconsin Legislature or Wisconsin Court System.
6. RELIEF FACILITIES
    a. Food pantries and shelter facilities, including day centers, for individuals and families.
7. RESIDENTIAL BUILDINGS
    a. All residential buildings.
8. RETAIL
    a. Retail establishments, including gas stations and auto-repair facilities, where large numbers of people are present but are generally not within arm's length of one another for more than 10 minutes. Indoor shopping malls shall close.

9. HEALTHCARE
    a. All health care facilities, including hospitals, medical facilities, home health agencies, personal care agencies, hospices, adult family homes, and pharmacies;
    b. Long-term care and assisted living facilities, as long the facility follows all current Department of Health Services' Recommendations for Prevention of COVID-19 in Long-Term Care Facilities and Assisted Living Facilities and all Centers for Disease Control recommendations.
    c. Alcohol and drug treatment centers or similar facilities.
10. FACILITIES FOR VOTING
    a. Libraries when operating as polling places.
11. FOOD ESTABLISHMENTS
    a. Restaurants may remain open for take-out or delivery service only. No seating may be provided, and food may not be consumed at the restaurant. Restaurants shall preserve social distancing of six feet between customers during pick up.
    b. Retail food establishments (grocery stores, convenience stores, farmer's markets) as long as the requirements listed below are followed:
        i. Close all seating intended for consuming food;
        ii. Cease self-service operations of salad bars, beverage stations, and buffets; and
        iii. Prohibit customers from self-dispensing all unpackaged food.
12. COMMERCIAL AND NON-PROFIT ENTITITES
    a. Office spaces. Such facilities shall implement social distancing, including teleworking, as much as practicable.
    b. Manufacturing, processing, distribution, and production facilities.
    c. Utility facilities.
    d. Job centers.

This order will remain in effect for the duration of the public health emergency declared in Governor Evers' Executive Order #72, or until a superseding order is issued.

Violation or obstruction of this order is punishable by imprisonment, fines, or both. Wis. Stat. § 252.25.

_____          3/17/2020
                                          Date

Andrea Palm
Secretary-designee
State of Wisconsin
Department of Health Services