# Exhibit 3

All Madison Public Libraries are closed beginning March 17.
Visit our Coronavirus Information (/coronavirus) page for news and updates.


 (/)



Search LINKcat (catalog) ▼   Go

Home (/) > New (/new)

# Madison Public Library Closing in Response to COVID-19

Library Patrons,



Thank you all for your support and patience during this unprecedented time as we continue to evaluate the situation related to the novel coronavirus (COVID-19) outbreak. The safety of our staff, volunteers, partners and community is our highest priority. As a cautionary measure, we are closing our libraries to the public beginning March 17.

CLOSURE INFORMATION

All Madison Public Library locations and administrative offices are closed to the public beginning March 17.

In addition, all Madison Public Library programs, classes, story times, book clubs, meetings, and events will be cancelled beginning March 17.  This includes all community meetings and events.

We do not have an expected reopening date at this time, but we will continue to provide updates in consultation with the City of Madison, Madison Public Library Board, Public Health Madison & Dane County, and South Central Library System.

This decision was not made lightly. We know our libraries are critical resources for information and internet access, voter registration (https://cityofmadison.com/clerk/elections-voting/voter-registration), in-person absentee voting (https://cityofmadison.com/clerk/elections-voting/voting/vote-absentee/in-person-absentee-voting-hours-and-locations), distance education, youth literacy, and connections to other government resources such as the 2020 census (https://www.cityofmadison.com/dpced/planning/census-2020/441/). However, as we are part of the local and global community, it is important to understand that this is the time to discourage public gatherings. We take our responsibility for the health and well-being of our community seriously. We are all working together to stay healthy. Minimizing social contacts will help slow the spread of this virus.

We understand that developments regarding COVID-19 are changing frequently. As things change, we will continue to update you on our website (https://www.madisonpubliclibrary.org), and via email and social media, and we urge you to follow news and directives from Public Health Madison & Dane County at **publichealthmdc.com** (http://www.publichealthmdc.com)

Library book drops will be closed, and customers are urged to keep library materials until libraries reopen. Due dates of checked out materials will be extended, and holds will be retained at libraries until libraries reopen. The library's databases, online magazines, and newspapers (https://www.madisonpubliclibrary.org/resources/eresources?rtype%5B1%5D=1)and downloadable audiobooks and eBooks (https://wplc.overdrive.com/) are also accessible 24/7 with a library card. More detail is forthcoming regarding the service closures, including book drop availability, extension of library due dates, alternate delivery of some services, and availability of libraries as absentee voting sites.

We are thankful to you – our library patrons – for your continued understanding and support, and encourage you to keep yourselves and your families, friends, and neighbors safe by following Public Health Madison & Dane County (https://www.publichealthmdc.com/coronavirus) guidelines.

Greg Mickells, Library Director
Madison Public Library

*Posted by Greg M on Mar 16, 2020*

What's New?

Check It Out (/new)

In the Galleries (/new/in-the-galleries)

Events on Check It Out (/new/events)

All Events (/events-and-classes)

(https://launcher.linkcat.info/go.cgi)



My Account (https://mpl.linkcat.info/app/me/dashboard)

Search LINKcat (https://mpl.linkcat.info/app/search)

LINKcat Help (/linkcat)

Hours & Locations (/locations)

Library Cards (/library-cards)

Kids (/kids)

Teens (/teens)

Adults (/adults)

Research & Resources (/resources)

Books / Music / Film (/reading-and-viewing)

eBooks (/reading-and-viewing/ebooks)

Events & Classes (/events)

Special Events (/special-events)

About the Library (/about)

IMPACT Stories (/impact)

Support the Library (/support)

The Bubbler (http://madisonbubbler.org/)

MPL Foundation (https://mplfoundation.org/)

Insider Newsletters (/reading-and-viewing/insider)

(https://www.cityofmadison.com/)

© 2013-2020
Madison Public Library
201 W. Mifflin St.
Madison, WI 53703
608-266-6300
madtech@madisonpubliclibrary.org
(mailto:madtech@madisonpubliclibrary.org)

Madison Public Library (https://www.madisonpubliclibrary.org/) is an agency of the City of Madison (https://www.cityofmadison.com/) and a member of the South Central Library System (http://www.scls.info/)

 (https://www.imls.gov/news-events/news-releases/ten-winners-nations-highest-museum-and-library-honor-announced)

(https://twitter.com/madisonlibrary)
(https://www.facebook.com/MadisonPublicLibrary)
(https://www.facebook.com/BibliotecaPublicaDeMadison)
(https://www.instagram.com/madisonpubliclibrary/)
(https://www.flickr.com/photos/madison-public-library)

## POPULAR SERVICES (/services)
reserve a computer (http://mypc.scls.info/Login.aspx)
check your email (/services/email)
recommend a purchase (/recommendation-for-purchase)
outerlibrary loan (/resources/resources/services/outerlibrary-loan/form)
ask a librarian (/research/ask)
computing and wireless (/services/computers)
reserve meeting rooms (/services/meeting-rooms)
email newsletters (/insider)

## EVENTS AND CLASSES (/events)
book discussions (/special-series/upcoming-book-discussions-and-author-events)
book sales (/special-series/book-sales)
Bubbler (/calendar/bubbler)
film showings (/calendar/film)
kid and family events (/calendar/families)
teen events (/calendar/teen)
Wisconsin Book Festival (http://www.wisconsinbookfestival.org/)
see the calendar (/events/calendar)

## LIBRARY NEWS (/new)
libraries in the news (/about/news)

## SPECIAL COLLECTIONS (/collections)
audiobooks (/reading-and-viewing/audiobooks)
book club kits (/reading-and-viewing/kits)
databases (/resources/eresources?rtype[1]=1)
eBooks (/reading-and-viewing/ebooks)
fiction and nonfiction (/reading-and-viewing/books)
too good to miss (/collections/too-good-to-miss)
yahara music library (/collections/yahara-music-library)
all special collections (/collections)

## KIDS AND FAMILIES (/kids)
events and classes (/calendar/families)
books for every age (/reading-and-viewing/book-lists/kids)
educators (/kids/educators)
parents (/kids/parents)

## TEENS (/teens)
teen reads (/teens/teen-reads)
events and classes (/calendar/teen)
great books (/teens/books)

## CONTACT US (/about/contact-us)
library card questions (/linkcat/ask-a-question)
research questions (/resources/ask)
library management (/about/contact-us)
problem with this page? (/problem-page)

## ABOUT THE LIBRARY (/about)
borrowing policies (/policies/check-out-policies)
hours and locations (/locations)
library board (/about/library-board)
policies (/policies)
mission and vision (/about/mission-and-vision)
services and collections (/services-collections)
impact stories (/impact)
work at the library (/about/jobs)
holiday closings (/events/holiday-closings)

## DISCOVER YOUR LIBRARY (/research)
get a library card (/library-cards/get-a-card)
research a topic (/research)
business services (/business)
educators (/educators)