# Exhibit 4

## Wisconsin COVID-19 Test Results

| Test Results | Number of People as of 3/17/2020 |
|---|---|
| Negative | 1038 |
| Positive | 72 |

More labs across the country are able to test for COVID-19. And now, Wisconsin clinicians can order tests without public health approval. Since tests are widely available, we will no longer report the number of people under investigation.

## Number of Positive Results by County

| Wisconsin County | Total Cases as of 3/17/2020 |
|---|---|
| Dane* | 19 |
| Fond du Lac | 11 |
| Kenosha* | 4 |
| Milwaukee* | 24 |
| Outagamie | 1 |
| Pierce | 1 |
| Racine | 1 |
| Sheboygan | 3 |
| Waukesha | 4 |
| Winnebago | 3 |
| Wood | 1 |
| **Total** | 72 |

* An asterisk indicates community spread has been identified.