# Exhibit 5

Wisconsin General Election Voter Registration and Absentee Statististics

| Election Date | Voters | Turnout | Absentee Electors | Percent of Votes Absentee | Late Registrations | Percent of Voters Registering Late | Election Day Registrations | Percent of Voters Registering on ElectionDay |
|---|---|---|---|---|---|---|---|---|
| 11/08/2016 | 3,004,051 | 67.34% | 819,316 | 27.27% | 61,505 | 2.05% | 381,444 | 12.70% |
| 11/4/2014 | 2,422,040 | 54.84% | 374,075 | 15.44% | 40,364 | 1.67% | 269,545 | 11.13% |
| 11/6/2012 | 3,080,628 | 70.40% | 664,597 | 21.57% | 67,912 | 2.20% | 337,033 | 10.94% |
| 6/5/2012 | 2,516,371 | 57.80% | 265,427 | 10.55% | 23,623 | 0.94% | 266,974 | 10.61% |
| 11/2/2010 | 2,185,017 | 49.70% | 230,744 | 10.56% | 30,522 | 1.40% | 230,330 | 10.54% |
| 11/4/2008 | 2,996,869 | 69.20% | 647,175 | 21.60% | 114,842 | 3.83% | 459,549 | 15.33% |
| 11/7/2006 | 2,166,671 | 50.90% | 168,573 | 7.78% | 20,211 | 0.93% | 415,525 | 19.18% |
| 11/2/2004 | 3,016,288 | 72.90% | 364,639 | 12.09% | 65,069 | 2.16% | 443,778 | 14.71% |
| 11/5/2002 | 1,785,710 | 44.00% | 102,905 | 5.76% | 5,326 | 0.30% | 116,441 | 6.52% |
| 11/7/2000 | 2,619,184 | 67.00% | 160,425 | 6.12% | 32,014 | 1.22% | 411,656 | 15.72% |
| 11/3/1998 | 1,799,758 | 45.70% | 73,517 | 4.08% | 7,896 | 0.44% | 170,479 | 9.47% |
| 11/5/1996 | 2,252,301 | 57.90% | 104,607 | 4.64% | 16,024 | 0.71% | 260,815 | 11.58% |
| 11/8/1994 | 1,445,935 | 41.50% | 64,308 | 4.45% | 3,370 | 0.23% | 101,770 | 7.04% |
| 11/3/1992 | 2,531,114 | 68.90% | 93,357 | 3.69% | 37,715 | 1.49% | 301,154 | 11.90% |
| 11/6/1990 | 1,365,203 | 37.80% | 40,853 | 2.99% | 9,137 | 0.67% | 100,383 | 7.35% |
| 11/8/1988 | 2,043,218 | 61.00% | 82,360 | 4.03% | 19,800 | 0.97% | 242,542 | 11.87% |
| 11/6/1984 | 1,879,619 | 63.40% | Not Available | | 21,814 | 1.16% | 190,937 | 10.16% |

\* Election Day Registrants includes voters who change their name, address, or both

\* This list includes the 2012 recall elections for Governor and Lieutenant Governor

\* The 2006 General Election was the first general election with statewide voter registration required. As a result, many residents of the approximately 1,500 municipalities without voter registration in place completed registration forms on Election Day in November 2006.