# Exhibit 6

https://madison.com/wsj/news/local/govt-and-politics/absentee-ballots-issued-statewide-for-april-surpass-recent-spring-elections/article_dfb34fc5-6aa8-5428-90c3-26c3f82a1d70.html

TOPICAL

SPRING ELECTION | SUPREME COURT, PRESIDENTIAL PRIMARY, LOCAL RACES

# Absentee ballots issued statewide for April surpass recent spring elections

From the Cancellations, hospital updates and more: Keep up with the latest local news on the COVID-19 coronavirus pandemic series

Riley Vetterkind | Wisconsin State Journal

Mar 18, 2020

SALE! Subscribe for $1/mo.

3/18/2020
Absentee ballots issued statewide for April surpass recent spring elections | Local government | madison.com
Case: 3:20-cv-00249-wmc Document #: 3-7 Filed: 03/18/20 Page 3 of 10



Absentee voting is on the rise.

STATE JOURNAL FILE PHOTO

As state election officials brace for an April 7 election amid a burgeoning health crisis, voters are requesting absentee ballots in droves, exceeding requests made in three of the last four elections.

The Wisconsin Elections Commission on Tuesday reported Wisconsinites have so far requested 173,000 ballots as concerns over the coronavirus rise.

That's the most for a spring election since 2016, which featured a Supreme Court race and competitive presidential primaries for both the Democratic and Republican parties. For that election, local elections officials across the state issued 249,503 absentee ballots.

This year could still surpass 2016, with the April 7 election featuring the state Supreme Court contest, a potentially still contested Democratic presidential primary, and other local races. The election is still set to occur despite other states canceling their spring

elections amid government orders to limit public gatherings to 10 people with some exceptions, including for polling places.



**Bars and restaurants to close, gatherings of more than 10 people banned**
Mitchell Schmidt | Wisconsin State Journal , Barry Adams | Wisconsin State Journal

On Monday, Gov. Tony Evers said he isn't currently planning to postpone the election over public health concerns. However, he and the state elections commission are encouraging absentee voting.

If the election still occurs, higher rates of absentee voting could help reduce crowding at the polls.

At least five states have postponed their elections, arguing it's necessary to save lives. In Illinois, a state that held its spring election Tuesday, **the Chicago Tribune reported an influx of calls from poll workers opting not to show up at polling places**.

The Democratic National Committee on Tuesday called on states that still have spring elections, such as Wisconsin, to urge voting by mail and expand days and hours of in-person early voting, technically still called absentee voting. The DNC also called on states to proactively mail absentee ballots to voters, which Wisconsin has not done and something that could face legal hurdles.



**With 46 active cases of COVID-19 in Wisconsin, Tony Evers bans gatherings of 50 or more people statewide in effort to slow virus' spread**
Mitchell Schmidt | Wisconsin State Journal

In Madison, the city clerk's office has already sent out at least 16,268 ballots by mail, more than in any other election, including the record-setting 2008 presidential election when the office mailed out 14,018. Those numbers don't include ballots that voters complete in person at the clerk's office, a number that tends to be far higher in major elections.

For the 2016 presidential election, for example, 674,424 people statewide voted absentee in person, typically at a local clerk's office or other satellite location, which accounted for about 80% of those who voted absentee in that election.

Accounting for all types of ballots, the city of Madison as of Tuesday had issued 18,121 absentee ballots.



**Most Wisconsinites aboard Grand Princess cruise ship return to state**
Mitchell Schmidt | Wisconsin State Journal

Wisconsin voters who want to avoid the polls and instead vote by mail can request a ballot until April 2 but are urged to do so as soon as possible to avoid possible delays in mailing. To request a ballot, you need to be registered to vote. If you're not registered, you must do so online by midnight Wednesday. Mailed voter registration applications must be postmarked no later than Wednesday.

Voters can request an absentee ballot online at **myvote.wi.gov** or by mailing, emailing or faxing their municipal clerk's office. Requests must be accompanied by a photo or copy of your photo ID. Absentee ballots must be received in a local clerk's office or at a voter's polling place by 8 p.m. on Election Day.



**This content is being provided for free as a public service to our readers during the coronavirus outbreak. Please support local journalism by subscribing.**

IN THIS SERIES

# Cancellations, hospital updates and more: Keep up with the latest local news on the COVID-19 coronavirus pandemic

3 hrs ago
Bars and restaurants to close, gatherings of more than 10 people banned

3 hrs ago
Madison hospitals postponing some procedures as COVID-19 spreads in community

3 hrs ago
Food Fight furloughs about 750 employees in bad sign for independent restaurants

⌄ 73 updates

< Previous    Next >

## Riley Vetterkind | Wisconsin State Journal
Capitol reporter

Riley Vetterkind covers politics and state government for the Wisconsin State Journal. He can be reached at (608) 252-6135 or rvetterkind@madison.com.

# Most Popular

### Q&A: UW-Madison epidemiologist Malia Jones urges 'cocooning,' closures to prevent COVID-19 spread
Mar 14, 2020



### Tony Evers orders all Wisconsin schools to close amid COVID-19 coronavirus pandemic
Mar 14, 2020



### Number of COVID-19 coronavirus cases in Wisconsin has reached 19

Mar 13, 2020



### State agency closes doors after employee exposed to person who tested positive for novel coronavirus

Mar 13, 2020



### Tony Evers declares public health emergency; 2 more COVID-19 coronavirus cases confirmed in Dane County

Mar 13, 2020



### Bars and restaurants to close, gatherings of more than 10 people banned

3 hrs ago



### Thursday's COVID-19 developments include a state of emergency and new cases in Dane County

Mar 12, 2020



### Evers orders Wisconsin schools closed

Mar 13, 2020



## Officials urge absentee voting as Wisconsin's April 7 election still on

Mar 17, 2020



## Gov. Tony Evers orders bars, restaurants to be closed across Wisconsin for in-house dining

18 hrs ago



Case: 3:20-cv-00249-wmc - Document #: 3-7 Filed: 03/18/20 Page 10 of 10