UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Democratic National Committee and
Democratic Party of Wisconsin,

      Plaintiffs,

  v.

Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, in their official capacities as Wisconsin Elections Commissioners,

      Defendants.

Case No. 3:20-cv-249-wmc

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Misha Tseytlin of Troutman Sanders, LLP hereby enters his appearance as counsel on behalf of the Wisconsin Legislature. Please serve all pleadings and other documents on Mr. Tseytlin via the Court's eFiling system or at the address below if applicable.

Dated this 19th day of March, 2020.

                              TROUTMAN SANDERS, LLP

                              /s/ Misha Tseytlin
                              Misha Tseytlin (State Bar No. 1102199)
                              TROUTMAN SANDERS LLP
                              227 W. Monroe Street, Suite 3900
                              Chicago, IL 60606
                              (608) 999-1240
                              (312) 759-1939 (fax)
                              misha.tseytlin@troutman.com

                              *Attorney for the Wisconsin Legislature*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2020, a true and accurate copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system upon all counsel of record.

By: /s/ Misha Tseytlin
Misha Tseytlin
State Bar No. 1102199
TROUTMAN SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
 (608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com

*Attorney for the Wisconsin Legislature*