Troutman Sanders LLP
227 W Monroe, Suite 3900
Chicago, IL 60606

troutman.com



**Misha Tseytlin**
misha.tseytlin@troutman.com

March 19, 2020

The Honorable William M. Conley
U.S. District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

**Re:    Democratic National Committee et al. v. Bostelmann et al. (No. 3:20-cv-249-wmc)**

Dear Judge Conley:

I write on behalf the Wisconsin State Legislature ("Legislature") in the above-referenced case. Yesterday, Plaintiffs filed an Emergency Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion"), Dkt.2, in which, among other things, they requested emergency relief blocking the enforcement of multiple Wisconsin election laws.  The Legislature respectfully requests that given the gravity of the requested relief—including changing election laws in the middle of an ongoing election—the Court withhold consideration of Plaintiffs' Motion and refrain from ordering any emergency relief, until the Court is presented with adversarial briefing.

To that end, the Legislature is prepared to file its motion to intervene, along with an attached proposed motion to dismiss and proposed opposition to Plaintiffs' Motion, by either 11:59PM tonight, or, alternatively, by whatever deadline the Court directs Defendants to respond to Plaintiffs' Motion (in which case the Legislature will file at the same time as Defendants' response is requested).

Sincerely,

*/s Misha Tseytlin*
Misha Tseytlin


CC: All counsel (via ECF)