IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMOCRATIC NATIONAL COMMITTEE
AND DEMOCRATIC PARTY OF WISCONSIN,

      Plaintiffs,

  v.                                                Case No. 20-CV-0249

MARGE BOSTELMANN, JULIE M. GLANCEY,
ANN S. JACOBS, DEAN KNUDSON, ROBERT
F. SPINDELL, JR., AND MARK L. THOMSEN,
IN THEIR OFFICIAL CAPACITIES AS
WISCONSIN ELECTIONS COMMISSIONERS,

      Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendants Marge Bostelmann, Julie M. Glancey, Ann. S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen appear in this matter by their attorneys, Eric Wilson, Deputy Attorney General, and Brian P. Keenan, Assistant Attorney General, and request that service of all pleadings and other papers be made upon Assistant Attorney General Keenan as counsel of record at 17 West Main Street, Madison, Wisconsin, 53703-7857, or via the ECF system for the United States District Court for the Western District of Wisconsin.

Dated this 19th day of March 2020.

        Respectfully submitted,

        ERIC WILSON
        Deputy Attorney General of Wisconsin

        Electronically signed by:

        <u>s/ Brian P. Keenan</u>
        BRIAN P. KEENAN
        Assistant Attorney General
        State Bar #1056525

        Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 267-2223 (Fax)
keenanbp@doj.state.wi.us