UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Democratic National Committee and
Democratic Party of Wisconsin,

        Plaintiffs,

  v.

Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, in their official capacities as Wisconsin Elections Commissioners,

        Defendants.

Case No. 3:20-cv-249-wmc

## THE WISCONSIN LEGISLATURE'S MOTION TO INTERVENE

Under Rule 24 of the Federal Rules of Civil Procedure, the Joint Committee on Legislative Organization, on behalf of the Wisconsin Legislature ("Legislature"), hereby moves to intervene in this action as a defendant. The Legislature has contemporaneously filed a supporting memorandum setting forth the grounds for this Motion. For the reasons set forth in its supporting memorandum, the Legislature respectfully requests that this Court grant its Motion to Intervene.

Dated this 20th day of March, 2020.

                                                  Respectfully submitted,

                                         /s/Misha Tseytlin
                                         Misha Tseytlin (State Bar No. 1102199)
                                         Kevin M. LeRoy (State Bar No. 1105053)
                                         TROUTMAN SANDERS LLP
                                         227 W. Monroe Street, Suite 3900
                                         Chicago, IL 60606
                                         (608) 999-1240
                                         (312) 759-1939 (fax)
                                         misha.tseytlin@troutman.com
                                         kevin.leroy@troutman.com

                                         Eric M. McLeod (State Bar No. 1021730)
                                         Lane E. Ruhland (State Bar No. 1092930)
                                         HUSCH BLACKWELL LLP
                                         P.O. Box 1379
                                         33 East Main Street, Suite 300
                                         Madison, WI 53701-1379
                                         (608) 255-4440
                                         (608) 258-7138 (fax)
                                         eric.mcleod@huschblackwell.com
                                         lane.ruhland@huschblackwell.com

                                         Lisa M. Lawless (State Bar No. 1021749)
                                         HUSCH BLACKWELL LLP
                                         555 East Wells Street, Suite 1900
                                         Milwaukee, WI 53202-3819
                                         (414) 273-2100
                                         (414) 223-5000 (fax)
                                         lisa.lawless@huschblackwell.com

                                         *Attorneys for the Wisconsin Legislature*