**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

DEMOCRATIC NATIONAL COMMITTEE
and DEMOCRATIC PARTY OF WISCONSIN,

                           Plaintiffs,                  Case No. 20- CV-249

   v.

MARGE BOSTELMANN, JULIE M. GLANCEY,
ANN S. JACOBS, DEAN KNUDSON, ROBERT
F. SPINDELL, JR. and MARK L. THOMSEN,
IN THEIR OFFICIAL CAPACITIES AS
WISCONSIN ELECTIONS COMMISSIONERS,

                          Defendants.

---

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

---

IT IS STIPULATED, through the undersigned, that LAWTON & CATES, S.C, by Dixon R. Gahnz, Daniel P. Bach and Terrence M. Polich, be substituted in as counsel in place of Eric J. Wilson, Deputy Attorney General, and Assistant Attorneys General Brian P. Keenan, S. Michael Murphy and Jody J. Schmelzer, as attorney of record for Defendants Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr. and Mark L. Thomsen, in their official capacities as Wisconsin Elections Commissioners, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that all correspondence and communication should be directed to Dixon R. Gahnz, Daniel P. Bach and Terrence M. Polich at Lawton & Cates, S.C. at the address listed below.

Dated: _3/25/2020_            LAWTON & CATES, S.C.

                               _/s/ Dixon R. Gahnz_
                               Dixon R. Gahnz, SBN: 1024367
                               Daniel P. Bach, SBN:  1005751
                               Terrence M. Polich, SBN:  1031375

345 W. Washington Avenue, Suite 201
P.O. Box 2965
Madison, WI  53701-2965

Phone: (608) 282-6200
Fax: (608) 282-6252
dgahnz@lawtoncates.com
dbach@lawtoncates.com
tpolich@lawtoncates.com

Dated: 3/25/2020

ERIC J. WILSON, Deputy Attorney General of Wisconsin

 /s/ Brian P. Keenan
Brian P. Keenan
Assistant Attorney General
SBN:  1056525

Post Office Box 7857
Madison, Wisconsin  53707-7857
Phone:  (608) 266-0020
Fax:  (608) 267-2223
keenanbp@doj.state.wi.us