IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMOCRATIC NATIONAL
COMMITTEE and DEMOCRATIC
PARTY OF WISCONSIN,

      Plaintiffs,

  v.                                         Case No. 20-CV-00249

MARGE BOSTELMANN, JULIE M.
GLANCEY, ANN S. JACOBS, DEAN
KNUDSON, ROBERT F. SPINDELL,
JR., and MARK L. THOMSEN, in their
official capacities as Wisconsin Elections
Commissioners,

      Defendants.

## NOTICE OF WITHDRAWAL OF ATTORNEY

Notice is hereby given that Assistant Attorney General Brian P. Keenan withdraws as counsel for Defendants Marge Bostelmann, Julie M. Glancy, Ann S. Jacobs, Dean Knudson, Robert F. Spindell Jr. and Mark L. Thomsen in the above-captioned case due to the substitution of Lawton & Cates, S.C. as counsel for the defendants (Dkt. 48).

*[signature page follows]*

Dated this 26th day of March 2020.

    Respectfully submitted,

    ERIC J. WILSON
    Deputy Attorney General of Wisconsin

    Electronically signed by:

    <u>s/ Brian P. Keenan</u>
    BRIAN P. KEENAN
    Assistant Attorney General
    State Bar #1056525

    Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 267-2223 (Fax)
keenanbp@doj.state.wi.us