# Exhibit 6

Latest COVID Updates

BREAKING: 128 new coronavirus

# Evers: No plan to move April 7 election date; urges absentee voting

By Madison365 staff - Mar 20, 2020



Wisconsin Governor Tony Evers on Friday said there are no plans to postpone the spring election, despite fears of spreading coronavirus.

The April 7 election will serve as the state's presidential primary, but also decide a statewide Supreme Court race and many local races across the state.

"Moving the date isn't going to solve the problem," Evers said in a conference call with reporters Friday. "We could move it to June, and (the virus outbreak) might be worse in June."

However, Evers urged voters to find safer ways to vote.

"The most important ask is for people to vote absentee," he said.

He said anyone can request an absentee ballot at https://myvote.wi.gov until April 2.

"Do not wait until the deadline," Evers said. "Get your absentee ballot now."

The City of Madison will move some polling places and offer curbside vote drop-off outside the City County Building starting today.

**Madison365 staff**