## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

REVEREND GREG LEWIS, et al.,

                    Plaintiffs,             Case No. 20- CV-284

   v.

DEAN KNUDSON, et al.,

                    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Terrence M. Polich hereby appears as attorney for Defendants Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann S. Jacobs, Marge Bostelmann, and Meagan Wolfe.  I request that copies of all papers and pleadings be served upon me at the address indicated below.

      Dated:  3/30/2020              LAWTON & CATES, S.C.

                                    *Electronically signed by Terrence M. Polich*
                                    Terrence M. Polich, SBN:  1031375

345 W. Washington Avenue, Suite 201
P.O. Box 2965
Madison, WI  53701-2965
Phone: (608) 282-6200
Fax: (608) 282-6252
tpolich@lawtoncates.com