IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) ) ) | |
| v. | ) ) ) | Civil Action No: 20-cv-00249-wmc |
| MARGE BOSTELMANN, etal., | ) ) ) | |
| *Defendants*. | ) | |

**DISCLOSURE STATEMENT OF PROPOSED AMICI
DISABILITY RIGHTS WISCONSIN, ACLU OF WISCONSIN AND WISCONSIN
CONSERVATION VOICES**

The undersigned, counsel of record for proposed amici Disability Rights Wisconsin and

ACLU of Wisconsin, furnishes the following list in compliance with Fed. R. Civ. P. 7.1:

(1) The full name of every party or amicus represented in the above case: Disability Rights

Wisconsin; American Civil Liberties Union of Wisconsin; Wisconsin Conservation

Voices Inc.

(2) The parties represented are non-profit corporations and have no parent corporations or

stockholders.

Dated: March 31, 2020                          Respectfully submitted,


                                               _/s/ Karyn L. Rotker_____

Adriel I. Cepeda Derieux*                      Karyn L. Rotker (WI Bar No.: 1007719)
T. Alora Thomas-Lundborg*                      Laurence J. Dupuis (WI Bar No.: 1029261)
Dale E. Ho*                                    American Civil Liberties Union
American Civil Liberties Union Foundation      of Wisconsin Foundation
125 Broad Street, 18th Floor                   207 E. Buffalo Street, Suite 325
New York, NY 10004                             Milwaukee, WI 53202
Tel.: (212) 549-2500                           Tel.: (414) 272-4032
acepedaderieux@aclu.org                        krotker@aclu-wi.org
athomas@aclu.org                               ldupuis@aclu-wi.org
dho@aclu.org


                                               Kristin Kerschensteiner (WI Bar No.:1035208)
*Motion for Admission *Pro Hac Vice*           Disability Rights Wisconsin
Forthcoming                                    131 W. Wilson St., Suite 700
                                               Madison WI 53703
                                               (608)267-0214
                                               Kitk@drwi.org


                                               *Attorneys for Amici Curiae*