IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, et al., | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) |
| MARGE BOSTELMANN, et al., | ) ) ) |
| *Defendants*. | ) ) |

Civil Action No: 20-cv-00249-wmc

**ORDER GRANTING LEAVE TO FILE AMICUS BRIEF**

Having considered the Motion of proposed *Amici Curaie*, Disability Rights Wisconsin, ACLU of Wisconsin and Wisconsin Conservation Voters, for leave to file an amicus brief in the *Lewis v. Knudson* case, No. 20-cv-00278-wmc, it is:

ORDERED that the Motion is GRANTED.

Dated this ____ day of _____, 2020.

_____
William M. Conley
U.S. District Judge