

345 W. Washington Avenue, Suite 201
P. O. Box 2965
Madison, WI 53701-2965
P: 608.282.6200 F: 608.282.6252
www.lawtoncates.com

dlenz@lawtoncates.com

March 31, 2020

Hon. William M. Conley
U.S. District Court for the
Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

    Re:   *Democratic National Committee et al. v. Bostelmann et al.*
           Case Nos. 3:20-cv-249; 3:20-cv-278; 3:20-cv-284 (consolidated)

Dear Judge Conley:

    Please be informed that the Wisconsin Elections Commission met this afternoon. The defendant members of the Wisconsin Elections Commission do not object to any absentee ballot postmarked by April 7, 2020 and received by April 10, 2020 by 4:00 p.m. being counted in the Spring election. If the votes received by 4:00 p.m. on April 10, 2020 are counted it will not impact the ability to complete the canvass in a timely manner.

    Sincerely,

    LAWTON & CATES, S.C.

    *Electronically signed by Daniel S. Lenz*
    Daniel S. Lenz
    Terry M. Polich
    Dixon R. Gahnz.
    Daniel P. Bach

DSL:cf
cc:    All counsel of record (via E-Filing)

Also serving you in Jefferson, WI at:
146 E. Milwaukee Street, Suite 120 | PO Box 399 | Jefferson, WI 53549
P 920.674.4567 | F 920.674.4726