IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVIA GEAR, MALEKEH K. HAKAMI, )
PATRICIA GINTER, CLAIRE WHELAN, )
WISCONSIN ALLIANCE FOR RETIRED )
AMERICANS, LEAGUE OF WOMEN )
VOTERS OF WISCONSIN, )
)
      Plaintiffs, )
) No. 3:20-cv-00278
  v. )
)
DEAN KNUDSON, JULIE M. GLANCEY, )
ROBERT F. SPINDELL, JR., MARK L. )
THOMSEN, ANN S. JACOBS, MARGE )
BOSTELMANN, in their official capacity )
as members of the Wisconsin Election )
Commission, MEAGAN WOLFE, in her )
official capacity as the Administrator of the )
Wisconsin Elections Commission, )
)
      Defendants. )
)

## DECLARATION OF NEIL ALBRECHT

I, Neil Albrecht, hereby declare:

I make this declaration based on my personal knowledge and if called to testify I could and would do so competently as follows.

1. My name is Neil Albrecht. I am the Executive Director of the City of Milwaukee Election Commission ("the Commission").

2. Currently, the Commission has received approximately 450 absentee ballots that lack a witness signature on the certification envelopes. These ballots have been segregated in a separate bin.

3. Under existing Wisconsin law, these ballots will be rejected and not count, absent a change in the law or a court order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 day of March, 2020.

_____