**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as Wisconsin Elections Commissioners,<br><br>Defendants. | Civil Action No. 3:20-cv-249-wmc |

**PLAINTIFFS' NOTIFICATION OF COUNSEL, WITNESSES, AND EXHIBITS**

Pursuant to this Court's March 31, 2020 Order, Dkt. No. 144, Plaintiffs inform the Court that attorneys John Devaney and Bruce V. Spiva will participate in the April 1, 2020 hearing via Zoom. Attorney Devaney will serve as lead counsel during the hearing.

**WITNESSES**

Plaintiffs intend to call for cross-examination purposes Wisconsin Elections Commission Administrator Meagan Wolfe. For all other testimony, Plaintiffs will rely on the declarations submitted in support of their Motion for Preliminary Injunction, Dkt. Nos. 64 - 77, and Motion for a Temporary Restraining Order, Dkt. Nos. 28 - 31, as direct witness testimony and evidence in this case. Plaintiffs have not received any requests to provide these declarants for cross-examination.

**EXHIBITS**

Plaintiffs do not intend to put any exhibits on screen tomorrow. Rather, Plaintiffs will rely on the exhibits submitted in support of their Motion for Preliminary Injunction, Dkt. No. 63-1 - 63-17, as substantive evidence in this case and refer to them by docket number if needed.

Dated: April 1, 2020 Respectfully submitted,

*/s/ Bruce V. Spiva*
Marc E. Elias
John Devaney*
Bruce V. Spiva
Amanda R. Callais
Zachary J. Newkirk
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jdevaney@perkinscoie.com
bspiva@perkinscoie.com
acallais@perkinscoie.com
znewkirk@perkinscoie.com

Charles G. Curtis, Jr.
Sopen B. Shah
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
CCurtis@perkinscoie.com
SShah@perkinscoie.com

*Counsel for the Plaintiffs*
*\*Admitted Pro Hac Vice*