IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMOCRATIC NATIONAL COMMITTEE, *et al.*

*Plaintiffs*,

v.  No. 20-cv-249

MARGE BOSTELMANN, *et al.*

*Defendants*,

and

REPUBLICAN NATIONAL COMMITTEE, *et al.*

Intervening Defendants

---

SYLVIA GEAR, *et al.*

*Plaintiffs*,

v.  No. 20-cv-278

MARGE BOSTELMANN, *et al.*

*Defendants*,

---

REVERAND GREG LEWIS, *et al.*

*Plaintiffs*,

v.

MARGE BOSTELMANN, *et al.*  No. 20-cv-284

*Defendants*,

---

# ***GEAR*** PLAINTIFFS' LIST OF WITNESSES FOR CROSS-EXAMINATION AND EXHIBITS AND DESIGNATION OF COUNSEL FOR APRIL 1, 2020 HEARING ON THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

In response to this Court's Order regarding the April 1, 2020 videoconference hearing on the *Gear* Plaintiffs' motion for temporary restraining order and preliminary injunction, Plaintiffs submit the following:

(1) Plaintiffs designate Jon Sherman and Michelle Kanter Cohen of Fair Elections Center as the two attorneys who will participate in the hearing. Jon Sherman will cross-examine Meagan Wolfe and present oral argument for the *Gear* Plaintiffs.

(2) Plaintiffs' counsel hereby identify the following witness they will cross-examine at the hearing before the Court scheduled for April 1, 2020:

> Meagan Wolfe
> Administrator, Wisconsin Elections Commission
> Counsel:
> Dixon R. Gahnz
> Terrence M. Polich
> Daniel S. Lenz
> Daniel P. Bach
> Lawton & Cates, S.C.
> P.O. Box 2965
> Madison, WI 53701-2965
> (608) 282-6200
> (608) 282-6252 (Facsimile)
> dlenz@lawtoncates.com

Defendants and Intervenor-Defendants Republican National Committee and Republican Party of Wisconsin did not request to cross-examine any of the declarants whose declarations were submitted in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

(3) Plaintiffs hereby designate the following exhibits for use in oral argument and/or in cross-examination of Defendant Meagan Wolfe:

a. Attached as Exhibit 51 is the Wisconsin Election Commission, Absentee Witness Signature Requirement Guidance," (March 29, 2020) (Exhibit W to Supplemental Declaration of Cecilia Aguilera In Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction), also available at https://elections.wi.gov/sites/elections.wi.gov/files/2020-03/Absentee%20Witness%20Guidance_0.pdf (last visited Mar. 30, 2020).

b. Attached as Exhibit 52 is Wisconsin Elections Commission's Form EL-122 (Wisconsin Official absentee ballot application and certificate), *available at* https://elections.wi.gov/forms/el-122.

c. Attached as Exhibit 53 is Wisconsin Emergency Order #12, issued by Gov. Tony Evers and Secretary of Health Services Andrea Palm on March 24, 2020, *available at* https://evers.wi.gov/Documents/COVID19/EMO12-SaferAtHome.pdf.

d. Attached to this Declaration as Exhibit 54 is a true and correct copy of Table S2501 from the U.S. Census Bureau's 2013-17 American Community Survey 5-Year Estimates.

e. Attached to this Declaration as Exhibit 55 is a true and correct copy of the CDC's webpage providing information about how COVID-19 spreads, *available at* https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fprepare%2Ftransmission.html.

DATE: April 1, 2020                          Respectfully submitted,

/s/ *Jon Sherman*

Jon Sherman*
D.C. Bar No. 998271
Michelle Kanter Cohen*
D.C. Bar No. 989164
Cecilia Aguilera*
D.C. Bar No. 1617884
FAIR ELECTIONS CENTER
1825 K St. NW, Ste. 450
Washington, D.C. 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
(202) 331-0114

Douglas M. Poland
State Bar No. 1055189
David P. Hollander
State Bar No. 1107233
RATHJE WOODWARD LLC
10 E Doty Street, Suite 507
Madison, WI 53703
Phone: 608-960-7430
Fax: 608-960-7460
dpoland@rathjewoodward.com
dhollander@rathjewoodward.com

Counsel for Plaintiffs

*Admitted to the U.S. District Court for the Western District of Wisconsin*