# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF WISCONSIN,<br>*Plaintiffs*,<br><br>v.<br><br>Marge BOSTELMANN, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN,<br>*Intervenor-Defendants*. | Case No. 3:20-cv-249-wmc |
| Sylvia GEAR, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>Dean KNUDSON, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN,<br>*Intervenor-Defendants*. | Case No. 3:20-cv-278-wmc |
| Reverend Greg LEWIS, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>Dean KNUDSON, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN,<br>*Intervenor-Defendants*. | Case No. 3:20-cv-284-wmc |

## INTERVENOR-DEFENDANTS' STATEMENT
## REGARDING APRIL 1 VIDEO HEARING

Per this Court's order (*DNC* Doc. 144), Intervenors, the Republican National Committee and Republican Party of Wisconsin, state:

 1. Patrick Strawbridge will participate in today's hearing on behalf of Intervenors.

1

2. Intervenors have reserved the right to call Meagan Wolfe for cross-examination purposes. Based on her answers to others' questions, Intervenors hope they can limit (or perhaps waive altogether) their cross-examination of Ms. Wolfe. Her email address and phone number should be furnished by Defendants.

3. Intervenors do not intend to put any exhibits on the screen during examination or argument at today's hearing.

Dated: April 1, 2020

Jeffrey M. Harris
Cameron T. Norris
Alexa R. Baltes
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

Respectfully submitted,

　/s/ *Patrick Strawbridge*　
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com