# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, et al., | | |
| | Plaintiffs, | Case No. 20- CV-249 |
| v. | | |
| MARGE BOSTELMANN, et al., | | |
| | Defendants. | |
| SYLVIA GEAR, et al., | | |
| | Plaintiffs, | Case No. 20- CV-278 |
| v. | | |
| DEAN KNUDSON, et al | | |
| | Defendants. | |
| REVEREND GREG LEWIS, et al., | | |
| | Plaintiffs, | Case No. 20- CV-284 |
| v. | | |
| DEAN KNUDSON, et al., | | |
| | Defendants. | |

## DEFENDANTS' PRE-HEARING SUBMISSION

Pursuant to the Court's Order regarding the April 1, 2020 evidentiary hearing in this matter the Defendants Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann S. Jacobs and Marge Bostelmann submit the following:

1

1. Names of Participating Attorneys

   Daniel S. Lenz

   Dixon R. Gahnz

2. Witnesses to be Called for Cross-Examination

   None

3. Exhibits to be Displayed

   None

4. Witnesses to be Produced for Direct and Cross-Examination[1]

   Meagan Wolfe, Wisconsin Elections Commission

Dated:  4/1/2020               LAWTON & CATES, S.C.

                                            *Electronically signed by Daniel S. Lenz*
                                            Dixon R. Gahnz, SBN: 1024367
                                            Daniel S. Lenz, SBN:  1082058
                                            Daniel P. Bach, SBN:  1005751
                                            Terrence M. Polich, SBN:  1031375

                                            345 W. Washington Avenue, Suite 201
                                            P.O. Box 2965
                                            Madison, WI  53701-2965
                                            Phone: (608) 282-6200
                                            Fax: (608) 282-6252
                                            dgahnz@lawtoncates.com
                                            dlenz@lawtoncates.com
                                            dbach@lawtoncates.com
                                            tpolich@lawtoncates.com

---

[1] By request of the Court, all Plaintiffs and the Intervenor-Defendants Republican National Committee and Republican Party of Wisconsin.