IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMOCRATIC NATIONAL COMMITTEE, *et al.*

        Plaintiffs,

v.         20-cv-249

MARGE BOSTELMANN, *et al.*

        Defendants,

and

REPUBLICAN NATIONAL COMMITTEE, *et al.*

        Intervening Defendants

---

SYLVIA GEAR, *et al.*

        Plaintiffs,

v.        20-cv-278

MARGE BOSTELMANN, *et al.*

        Defendants,

---

REVERAND GREG LEWIS, *et al.*

        Plaintiffs,

v.        20-cv-284

MARGE BOSTELMANN, *et al.*

        Defendants,

---

# *LEWIS* PLAINTIFFS' EXHIBIT LIST
# AND OTHER PRE-HEARING SUBMISSIONS

Plaintiffs in the *Lewis* case submit the following pursuant to the Court's March 31, 2020 Order (Dkt. 144):

I. **Attorney Participants (Dkt. 144 at 3, ¶ 1)**

For purposes of today's hearing, the *Lewis* Plaintiffs will be represented by Douglas M. Poland and Tamara B. Packard, whose email addresses are listed in the signature block.

II. **Cross Examination Witnesses (Dkt. 144 at 3, ¶ 2)**

*Lewis* Plaintiffs' counsel hereby identify the following witness they will cross-examine at the hearing before the Court scheduled for April 1, 2020:

> Meagan Wolfe
> Administrator, Wisconsin Elections Commission
> Counsel:
> Dixon R. Gahnz
> Terrence M. Polich
> Daniel S. Lenz
> Daniel P. Bach
> Lawton & Cates, S.C.
> P.O. Box 2965
> Madison, WI 53701-2965
> (608) 282-6200
> (608) 282-6252 (Facsimile)
> dlenz@lawtoncates.com

Defendants and Intervenor-Defendants Republican National Committee and Republican Party of Wisconsin did not request to cross-examine any of the declarants whose declarations were submitted by the *Lewis* Plaintiffs.

III. **Exhibits (Dkt. 144 at 3, ¶ 3)**

In addition to the declarations identified in Docket 136 as declarants whose declarations are direct evidence, Plaintiffs include the Declarations of Dottie-Kay Bowersox, Tara Coolidge, and Cory Mason. (Dockets 131-1, 131-2, 131-2)

With this filing, the *Lewis* Plaintiffs submit the following exhibits, which they may display on screen during the hearing:

| Number | Exhibit |
|---|---|
| 101 | Declaration of Wisconsin Election Commission Administrator Meagan Wolfe |
| 102 | March 31, 2020 Memo From Wisconsin Election Commission Administrator Meagan Wolfe |
| 103 | Third Declaration of Wisconsin Election Commission Administrator Meagan Wolfe |

DATE: April 1, 2020

Respectfully submitted,

RATHJE WOODWARD LLC

*/s/ Douglas M. Poland*
Douglas M. Poland
State Bar No. 1055189
David P. Hollander
State Bar No. 1107233

Mailing Address:
10 E Doty Street
Suite 507
Madison, WI 53703
(608) 960-7430 (telephone)
(608) 960-7460 (facsimile)
dpoland@rathjewoodward.com
dhollander@rathjewoodward.com


HAWKS QUINDEL, S.C.

*/s/ Richard Saks*
Richard Saks, SBN 1022048

Mailing Address:
222 E. Erie St.
Suite 210
Milwaukee, WI 53201
(414) 271-8650 (telephone)
(414) 331-4405 (cell)
(414) 271-8442
rsaks@hq-law.com
*Counsel for Plaintiffs Greg Lewis, Souls to the Polls, Voces de la Frontera, Black Leaders Organizing for Communities, American Federation of Teachers, Local 212, AFL-CIO, and League of Women Voters of Wisconsin*

Pines Bach LLP

*/s/ Lester A. Pines*
Lester A. Pines, SBN 1016543
Tamara B. Packard, SBN 1023111

Mailing Address:
122 West Washington Ave.
Suite 900
Madison, WI 53703
(608) 251-0101 (telephone)
(608) 251-2883 (facsimile)
lpines@pinesbach.com
tpackard@pinesbach.com
*Counsel for Plaintiff SEIU Wisconsin State Council*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2020 I electrically filed the foregoing submission with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

      */s/David P. Hollander*
      David P. Hollander