# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Democratic National Committee and Democratic Party of Wisconsin,<br><br>    Plaintiffs,<br><br>  v.<br><br>Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, in their official capacities as Wisconsin Elections Commissioners,<br><br>    Defendants,<br><br>  and<br><br>Republican National Committee and Republican Party of Wisconsin,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-249-wmc<br>(consolidated with Case Nos. 3:20-cv-278-wmc and 3:20-cv-284-wmc) |
| Sylvia Gear, Malekeh K. Hakami, Patricia Ginter, Claire Whelan, Wisconsin Alliance for Retired Americans, League of Women Voters of Wisconsin,<br><br>    Plaintiffs,<br><br>  v.<br><br>Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann S. Jacobs, Marge Bostelmann, in their official capacity as members of the Wisconsin Elections Commission, Meagan Wolfe, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br><br>    Defendants,<br><br>  and<br><br>Republican National Committee and Republican Party of Wisconsin,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-278-wmc<br>(consolidated with Case Nos. 3:20-cv-249-wmc and 3:20-cv-284-wmc) |

Reverend Greg Lewis, Souls To The Polls, Voces De La Frontera, Black Leaders Organizing For Communities, American Federation Of Teachers Local, 212, AFL-CIO, SEIU Wisconsin State Council, And League Of Women Voters Of Wisconsin,

        Plaintiffs,

    v.

Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann S. Jacobs, Marge Bostelmann, in their official capacity as members of the Wisconsin Election Commission, Meagan Wolfe, In Her Official Capacity As The Administrator of the Wisconsin Elections Commission,

        Defendants,

   and

Republican National Committee and Republican Party of Wisconsin,

        Intervenor-Defendants.

Case No. 3:20-cv-284-wmc
(consolidated with Case Nos.
3:20-cv-249-wmc and
3:20-cv-278-wmc)

## THE WISCONSIN LEGISLATURE'S
## EMERGENCY NOTICE OF APPEAL

Notice is hereby given that the Wisconsin Legislature ("Legislature") appeals on an emergency basis to the United States Court of Appeals for the Seventh Circuit from the Order Granting A Preliminary Injunction in each of the consolidated cases, Dkt.170,* with the court's separate order at Dkt.171, entered on April 2, 2020; the Opinion And Order Denying The Legislature's Motion To Intervene in *Democratic National Committee v. Bostelmann (DNC)*, Dkt.85, entered on March 28, 2020; and

---

\* All citations to "Dkt." refer to the district-court docket in *DNC*, No. 3:20-cv-249.

- 2 -

the Opinion And Order Denying The Legislature's Renewed Motion To Intervene in *DNC* and Motions To Intervene in *Gear v. Knudson* and *Lewis v. Knudson*, Dkt.163, entered on April 1, 2020. The district court consolidated *DNC*, *Gear*, and *Lewis*, for all purposes in an order on March 28, 2020. Dkt.86.

  The Legislature intends to imminently file an emergency motion with the Seventh Circuit to stay the preliminary injunction pending appeal; accordingly, the Legislature respectfully requests that the Clerk expedite the processing of this notice of appeal.

Dated this 2nd day of April, 2020.

Respectfully submitted,

/s/ Misha Tseytlin

<table>
<tr><td>

SCOTT A. KELLER
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
(202) 639-7837
(202) 585-1023 (fax)
scott.keller@bakerbotts.com

*Counsel for Legislature in Gear*

RYAN J. WALSH
AMY MILLER
EIMER STAHL LLP
10 East Doty Street
Suite 800
Madison, WI 53703
(608) 442-5798
(608) 441-5707 (fax)
rwalsh@eimerstahl.com
amiller@eimerstahl.com

*Counsel for Legislature in Lewis*

</td><td>

MISHA TSEYTLIN
*Counsel of Record*
KEVIN M. LEROY
TROUTMAN SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

*Counsel for Legislature in DNC, Gear, and Lewis*

ERIC M. MCLEOD
HUSCH BLACKWELL LLP
P.O. Box 1379
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 255-4440
(608) 258-7138 (fax)
eric.mcleod@huschblackwell.com

LISA M. LAWLESS
HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 273-2100
(414) 223-5000 (fax)
lisa.lawless@huschblackwell.com

*Counsel for Legislature in DNC*

</td></tr>
</table>

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2020 I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: April 2, 2020

/s/ Misha Tseytlin
MISHA TSEYTLIN