

345 W. Washington Avenue, Suite 201
P. O. Box 2965
Madison, WI 53701-2965
P: 608.282.6200 F: 608.282.6252
www.lawtoncates.com

dlenz@lawtoncates.com

April 2, 2020

Hon. William M. Conley
U.S. District Court for the
Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

  Re: *Democratic National Committee et al. v. Bostelmann et al.*
    Case Nos. 3:20-cv-249; 3:20-cv-278; 3:20-cv-284 (consolidated)

Dear Judge Conley:

  The Commissioners and Administrator Wolfe have reviewed today's Opinion and Order [Case No. 3:20-cv-249, Dkt. No. 170] and would appreciate some clarification.

  Under Wisconsin Statute sec. 7.51 (3), "Immediately after the polls close the inspectors except any inspector appointed under s. 7.30 (1) (b) shall proceed to canvass publicly all votes received at the polling place." Current law also states that election officials are required to tally and post unofficial Election Night results under Wis. Stat. secs. 7.51(1) and (4)(c) and sec. 7.60.

  It is the interpretation of the of the Commission that, based on the Court's Opinion and Order, election night unofficial results should not be announced until April 13 at 4 PM or as soon thereafter as votes can be tabulated. The Commission wishes to avoid changing results being publicized each night during the tabulation period.

  In addition, the Commission is enjoined from enjoining Wis. Stat. § 6.87(2) as to "any absentee voters who have provided a written affirmation or other statement that they were unable to safely obtain a witness certification despite reasonable efforts to do so, provided the ballots are otherwise valid." Could the Court please clarify if this means: (1) Any voter who has submitted such an affirmation or statement at the time the ballot is received in the municipal clerk's office, or (2) Any voter who submits such a statement prior to the ballot being tabulated?

  Thank you for your attention to these matters.

_____

Also serving you in Jefferson, WI at:
146 E. Milwaukee Street, Suite 120 | PO Box 399 | Jefferson, WI 53549
P 920.674.4567 | F 920.674.4726

April 2, 2020
Page 2

        Sincerely,

        LAWTON & CATES, S.C.

        *Electronically signed by Daniel S. Lenz*
        Daniel S. Lenz
        Terry M. Polich
        Dixon R. Gahnz.
        Daniel P. Bach

DSL:cf
cc:    All counsel of record (via E-Filing)