

Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
www.consovoymccarthy.com

April 3, 2020

The Honorable William M. Conley
U.S. District Court – Western District of Wisconsin
120 North Henry Street, Room 320
Madison, Wisconsin 53703

Re:  **DNC v. Bostelmann, No. 3:20-cv-249, -278, -284 (consol.)**
**Response to Defendants' Motion for Clarification**

Dear Judge Conley:

On Defendants' two requests for clarification (*DNC* Doc. 174), Intervenors take the following positions:

1.      Although Intervenors are very concerned about the implications of the Court's order and have appealed certain aspects of it, Intervenors believe that permitting the public release of interim results while absentee ballots are still being completed and submitted would only exacerbate the potential negative effects on ballot security and election integrity. Indeed, that is why the statute generally prohibits tabulation of absentee ballots before the election is completed. Intervenors thus encourage the Court to adopt the WEC's proposed position.

2.      The Court indicated at the hearing that it was not inclined to make retroactive rules for people who already had submitted absentee ballots without the witness signature required by statute. Intervenors note that permitting submissions of statements separately from the ballot itself will only increase the confusion and logistical hurdles for election officials who are now forced to operate on an extremely tight timeline to finalize the election results.

Sincerely,

 */s/ Patrick Strawbridge*
Counsel for Intervenor-Defendants
Republican National Committee and
Wisconsin Republican Party