IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMOCRATIC NATIONAL COMMITTEE
and DEMOCRATIC PARTY OF WISCONSIN,

        Plaintiffs,

v.

MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S.
JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR.
and MARK L. THOMSEN,

        Defendants,

  and

REPUBLICAN NATIONAL COMMITTEE
and REPUBLICAN PARTY OF WISCONSIN,

        Intervening Defendants.

ORDER

20-cv-249-wmc

---

SYLVIA GEAR, MALEKEH K. HAKAMI, PATRICIA
GINTER, CLAIRE WHELAN, WISCONSIN ALLIANCE
FOR RETIRED AMERICANS and LEAGUE OF WOMEN
VOTERS OF WISCONSIN,

        Plaintiffs,

v.

MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S.
JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR.,
MARK L. THOMSEN, and MEAGAN WOLFE,

        Defendants.

20-cv-278-wmc

---

REVERAND GREG LEWIS, SOULS TO THE
POLLS, VOCES DE LA FRONTERA, BLACK LEADERS
ORGANIZING FOR COMMUNITIES, AMERICAN
FEDERATION OF TEACHERS, LOCAL, 212, AFL-CIO,
SEIU WISCONSIN STATE COUNCIL and LEAGUE
OF WOMEN VOTERS OF WISCONSIN,

       Plaintiffs,

 v.

                      20-cv-284-wmc

MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S.
JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR.,
MARK L. THOMSEN, and MEAGAN WOLFE,

       Defendants.

---

The court is in receipt of a motion for clarification from defendants Commissioners and Administrator Wolfe following review of the court's opinion and order yesterday. (Dkt. #174.) That motion is GRANTED amending the preliminary injunction as follows:

1. Defendants and any inspector appointed under Wis. Stat. § 7.30(a)(b) are ENJOINED from releasing any unofficial results until April 13, 2020, at 4:00 p.m. or as soon thereafter as votes can be tabulated.

2. Defendants and Wisconsin municipal clerks are ENJOINED from enforcing Wis. Stat. § 6.87(2) as to any absentee voter who, prior to their ballot being tabulated, provides a written affirmation or other statement that they were unable to safely obtain a witness certification despite reasonable efforts to do so. Clerks should implement this injunction consistent with their ordinary practice of correcting defective absentee certificate envelopes. *See* Wisconsin Election Commission, Election Administration Manual, 105-06 (Oct. 2016) https://elections.wi.gov/sites/elections.wi.gov/files/publication/65/election_administration_manual_october_2016_pdf_91094.pdf.

Entered this 3rd day of April, 2020.

            BY THE COURT:
            /s/

            _____
            WILLIAM M. CONLEY
            District Judge