# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Democratic National Committee and Democratic Party of Wisconsin,<br><br>    Plaintiffs,<br><br>  v.<br><br>Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, in their official capacities as Wisconsin Elections Commissioners,<br><br>    Defendants,<br><br>  and<br><br>Republican National Committee and Republican Party of Wisconsin,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-249-wmc<br>(consolidated with Case Nos. 3:20-cv-278-wmc and 3:20-cv-284-wmc) |
| Sylvia Gear, Malekeh K. Hakami, Patricia Ginter, Claire Whelan, Wisconsin Alliance for Retired Americans, League of Women Voters of Wisconsin,<br><br>    Plaintiffs,<br><br>  v.<br><br>Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann S. Jacobs, Marge Bostelmann, in their official capacity as members of the Wisconsin Elections Commission, Meagan Wolfe, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br><br>    Defendants,<br><br>  and<br><br>Republican National Committee and Republican Party of Wisconsin,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-278-wmc<br>(consolidated with Case Nos. 3:20-cv-249-wmc and 3:20-cv-284-wmc) |

Reverend Greg Lewis, Souls To The Polls, Voces De La Frontera, Black Leaders Organizing For Communities, American Federation Of Teachers Local, 212, AFL-CIO, SEIU Wisconsin State Council, And League Of Women Voters Of Wisconsin,

        Plaintiffs,

  v.

Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann S. Jacobs, Marge Bostelmann, in their official capacity as members of the Wisconsin Election Commission, Meagan Wolfe, In Her Official Capacity As The Administrator of the Wisconsin Elections Commission,

        Defendants,

  and

Republican National Committee and Republican Party of Wisconsin,

        Intervenor-Defendants.

Case No. 3:20-cv-284-wmc (consolidated with Case Nos. 3:20-cv-249-wmc and 3:20-cv-278-wmc)

## THE WISCONSIN LEGISLATURE'S EMERGENCY NOTICE OF APPEAL OF ORDER FOR AMENDED PRELIMINARY INJUNCTION

Notice is hereby given that the Wisconsin Legislature ("Legislature") appeals to the United States Court of Appeals for the Seventh Circuit from the Order For Amended Preliminary Injunction in each of the consolidated cases, Dkt.180,* entered on April 3, 2020. The district court consolidated *DNC*, *Gear*, and *Lewis*, for all purposes in an order on March 28, 2020. Dkt.86. On April 2, 2020, the Legislature already appealed (among other orders) the district court's original order granting a

---

* All citations to "Dkt." refer to the district-court docket in *DNC*, No. 3:20-cv-249.

preliminary injunction in this case, Dkts.170, 171, to the Seventh Circuit, *see* Dkts.173, 177. Thus, the Legislature files this current notice of appeal as a protective measure for its original appeal.

Since the Legislature has already asked the Seventh Circuit for an emergency stay of the district court's preliminary injunction in its original appeal, the Legislature respectfully requests that the Clerk expedite the processing of this notice of appeal.

Dated this 3rd day of April, 2020.

Respectfully submitted,

/s/ Misha Tseytlin

| | |
|---|---|
| SCOTT A. KELLER<br>BAKER BOTTS LLP<br>700 K Street, N.W.<br>Washington, DC 20001<br>(202) 639-7837<br>(202) 585-1023 (fax)<br>scott.keller@bakerbotts.com<br><br>*Counsel for Legislature in Gear*<br><br>RYAN J. WALSH<br>AMY MILLER<br>EIMER STAHL LLP<br>10 East Doty Street<br>Suite 800<br>Madison, WI 53703<br>(608) 442-5798<br>(608) 441-5707 (fax)<br>rwalsh@eimerstahl.com<br>amiller@eimerstahl.com<br><br>*Counsel for Legislature in Lewis* | MISHA TSEYTLIN<br>*Counsel of Record*<br>KEVIN M. LEROY<br>TROUTMAN SANDERS LLP<br>227 W. Monroe Street, Suite 3900<br>Chicago, IL 60606<br>(608) 999-1240<br>(312) 759-1939 (fax)<br>misha.tseytlin@troutman.com<br>kevin.leroy@troutman.com<br><br>*Counsel for Legislature in DNC, Gear, and Lewis*<br><br>ERIC M. MCLEOD<br>HUSCH BLACKWELL LLP<br>P.O. Box 1379<br>33 East Main Street, Suite 300<br>Madison, WI 53701-1379<br>(608) 255-4440<br>(608) 258-7138 (fax)<br>eric.mcleod@huschblackwell.com<br><br>LISA M. LAWLESS<br>HUSCH BLACKWELL LLP<br>555 East Wells Street, Suite 1900<br>Milwaukee, WI 53202-3819<br>(414) 273-2100<br>(414) 223-5000 (fax)<br>lisa.lawless@huschblackwell.com<br><br>*Counsel for Legislature in DNC* |

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020 I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: April 3, 2020

/s/ Misha Tseytlin
MISHA TSEYTLIN