# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF WISCONSIN, *Plaintiffs*, v. Marge BOSTELMANN, et al., *Defendants*, REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN, *Intervenor-Defendants.* | Case No. 3:20-cv-249-wmc |
| Sylvia GEAR, et al., *Plaintiffs*, v. Dean KNUDSON, et al., *Defendants*, REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN, *Intervenor-Defendants.* | Case No. 3:20-cv-278-wmc |
| Reverend Greg LEWIS, et al., *Plaintiffs*, v. Dean KNUDSON, et al., *Defendants*, REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN, *Intervenor-Defendants.* | Case No. 3:20-cv-284-wmc |

## **EMERGENCY NOTICE OF APPEAL**

Intervenor-Defendants, Republican National Committee and Republican Party of Wisconsin, hereby appeal—on an emergency basis—this Court's orders from April 3, 2020 in these three consolidated cases, granting Defendants' motion for clarification and entering an amended preliminary injunction. Intervenor-Defendants file this notice of appeal as a protective measure for their earlier

1

notice of appeal. Like that prior notice of appeal, Intervenor-Defendants respectfully ask the Court to expedite the processing of this notice of appeal.

Dated: April 3, 2020

Jeffrey M. Harris
Cameron T. Norris
Alexa R. Baltes
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

Respectfully submitted,

　/s/ *Patrick Strawbridge*　
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com