# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

**DATE:** 4/1/2020    **DAY:** Wednesday    **START TIME:** 1:00 PM    **TOTAL HOURS:** 4:00

**JUDGE/MAG.:** W. Conley    **CLERK:** K. Frederickson    **REPORTER:** J. Dobbratz

**PROBATION OFFICER:**    **INTERPRETER:**    **SWORN:** YES ☐   NO ☐

**CASE NUMBER:** 20cv249,-278,-284    **CASE NAME:** Democratic National Committe et al v. Bostelmann et al

**APPEARANCES:**

**PLAINTIFF(S):**
- John Devaney (for DNC)
- Jon Sherman, Michelle Kanter
- Cohen (for Sylvia Gear, et al.)

**DEFENDANT(S):**
- Dixon Gahnz, Daniel Lenz
- Patrick Strawbridge (for intervenor defendant, RNC)

**PROCEEDINGS:** Plaintiffs' appearances continued: Douglas Poland, Tamara Packard (for Reverand Greg Lewis, et al.)

Evidentiary Hearing; held via Zoom video conference

### PLAINTIFF(S) WITNESS
1. Meagan Wolfe
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

### DEFENDANT(S) WITNESS
1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. _____ GRANTED ☐ DENIED ☐ U/A ☐
2. _____ GRANTED ☐ DENIED ☐ U/A ☐
3. _____ GRANTED ☐ DENIED ☐ U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. _____ GRANTED ☐ DENIED ☐ U/A ☐
2. _____ GRANTED ☐ DENIED ☐ U/A ☐
3. _____ GRANTED ☐ DENIED ☐ U/A ☐

1ST BREAK _____ RESUME _____ 2ND BREAK _____ RESUME _____
3RD BREAK _____ RESUME _____ 4TH BREAK _____ RESUME _____
ADJOURNMENT 5:00 PM