# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF WISCONSIN,<br><br>        Plaintiffs,<br><br>  v.<br><br>MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as Wisconsin Elections Commissioners,<br><br>        Defendants,<br><br>  and<br><br>WISCONSIN LEGISLATURE, REPUBLICAN NATIONAL COMMITTEE, and REPUBLICAN PARTY OF WISCONSIN,<br><br>        Intervening Defendants. | Civil Action No. 3:20-cv-249-wmc (consolidated with Case Nos. 3:20-cv-278-wmc, 3:20-cv-284-wmc, 3:20-cv-340-wmc, and 3:20-cv-459-wmc) |

## DECLARATION OF MUAWIA ALBANAWEH

DocuSign Envelope ID: 8E8D91A7-65FE-4674-92AC-06AEEB56D549

# DECLARATION OF MUAWIA ALBANAWEH

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Muawia Albawaneh. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Milwaukee in Milwaukee County in Wisconsin, and my residence address is ███████████████████████.

3. I ordered an absentee ballot through the website on April 1st. The ballot had not arrived by election day so I called the Democratic Party of Wisconsin's Voter Protection Hotline and was advised my only option was to vote in person. I drove to the polling station late that afternoon after I got home from work, but decided not to get in line to vote. I saw many people without a face mask. The line was very long and many people were standing too close together.

4. I requested an absentee ballot for the first time because I work everyday in construction. I really need this job to support my family and I cannot afford to get sick or to take time off, even for something as important as voting. I feel that the problems with the absentee ballots took away my right to vote. My ballot arrived on April 8th!

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, I am not represented by a lawyer. Neither has any lawyer asked me to be their client or to serve in any way as anything other than a witness in this lawsuit.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/19/2020___.

DocuSign Envelope ID: 8E8D91A7-65FE-4674-92AC-06AEEB56D549

MUAWIA ALBANAWEH

MUAWIA ALBANAWEH