# Attachment 2

# RONALD A STROMAN

**Phone:** (202) 641-0031 | **Email:** stromanra@gmail.com
**Address:** 1360 Kalmia Road NW, Washington, DC 20012

## EXECUTIVE SUMMARY

Detail-oriented, passionate, and highly motivated Government Affairs Executive with 30+ years of exemplary service in the United States House of Representatives and experience as Deputy Postmaster General for the U.S. Postal Service and Director of the U.S. Department of Transportation. Expertise in overseeing government programs, managing legislative strategies, developing bipartisan legislation, and supervising financial activities. Committed to maintaining a reputation based on exemplary service and uncompromising ethics and recognized for successfully developing and managing public policy advocacy initiatives while overseeing a large number of staff and budgets up to $6MM. Possesses solid analytical, communication, public speaking, and several other key strengths as follows:

- Committee Oversight
- Public Policy Advocacy
- Equal Opportunity
- Staff Supervision
- Diversity Improvement
- Financial/Budget Analysis
- Stakeholder Relations
- Government Procurement
- Program Management
- Waste/Fraud Investigation
- Grassroots Communication
- Agency Collaboration
- Contract Administration
- Strategic Negotiation
- Multi-Office Management
- Federal Spending Insight
- Legislative Analysis
- Continuous Improvement
- Government Reform
- Business Strategy Implementation

## CAREER OVERVIEW

**United States Postal Service** · Washington, D.C.                                      2011 - June 2020
*Deputy Postmaster General*
- Named the 20th Deputy Postmaster General out of 219 years of Postal Service existence, as the 2nd highest ranking postal executive serving on the Postal Service Board of Governors and Postmaster General's Executive Leadership Team.
- Reports include the functions of Consumer and Industry Affairs, Government Relations and Public Policy, Sustainability, and the Judicial Officer Department.
- Collaborates with the mailing industry to help improve interactions with postal customers and facilitates relationships with federal, state, and local agencies on core business strategy implementation.
- Assists in overseeing agency operations with total annual revenues of $65 billion and a workforce of over 500K employees for a government agency second in size to Wal-Mart if compared as a business.

**United States House of Representatives** · Washington, D.C.                                      2009 - 2011
*Staff Director, Committee on Oversight & Government Reform*
- Responsible for overseeing a staff of more than 70 attorneys, professionals, and administrative personnel with a $6MM operating budget.
- Directed committee investigations in the areas of Financial Crisis, Waste, Fraud, Abuse in Federal Spending, and various other issues.
- Oversaw drafting and negotiations of laws related to funding for Federal Procurement, United States Postal Services, Federal Workforces, and Limiting Peer-to-Peer Computer Downloading.
- Supervised 85 professional staff members and played an integral role in 20 bills that were signed into law by President Obama.

**United States General Accounting Office** · Washington, D.C.                                    2001 - 2009
*Managing Director, Office of Opportunity & Inclusiveness*
- Held accountable for monitoring, analyzing, and recommending changes to the GAO's human capital systems while serving as Principal Advisor to the Comptroller General on diversity matters.
- Directed interpretive services for the deaf/hard-of-hearing staff, as well as oversaw agency's formal complaint process and reviewed all products responding to Congressional requests which involved civil rights and diversity.

## CAREER OVERVIEW (CONTINUED)

**United States Department of Transportation** · Washington, D.C.                                 1997 - 2001
*Director, Office of Civil Rights*
- Supervised office operations for 6 locations throughout the nation and a staff of 70 employees.
- Served as Principal Advisor to the Secretary of Transportation on all civil rights and equal opportunity matters while implementing Titles VI and VII of the Civil Rights act of 1964, the Americans with Disabilities Act of 1990, and the Disadvantaged Business Enterprise provisions of the Transportation Equity Act for the 21st Century.
- Successfully eliminated 400-case backlog of EEO cases during stewardship of the Office of Civil Rights.
- Implemented efforts to establish Disability Resources Center, which now handles all requests for reasonable accommodation by the Department's employees with disabilities.
- Established department-wide Alternative Dispute Resolution program and Diversity Task Force.

**United States Department of Transportation** · Washington, D.C.                                 2000 - 2001
*Acting Director, Office of Small & Disadvantaged Business Utilization*
- Led a staff of 13 in the mission of ensuring that small, minority, and women-owned businesses participated fully in the Department's direct and federally assisted procurement opportunities which incorporated the Disadvantaged Business Enterprise Program.
- Managed the Bonding Assistance Program in an effort to increase the number of surety bonds written, as well as the Short Term Lending Program to provide capital loans and guarantees for small disadvantaged businesses working on transportation-related contracts.

**United States House of Representatives** · Washington, D.C.                                     1984 - 1997
*Deputy Minority Staff Director/Procurement Counsel, Committee on Government Reform & Oversight (1995 – 1997)*
*Staff Director/Chief Counsel, Subcommittee on HR & Intergovernmental Relations/Comm. on Govt. Ops. (1993 – 1994)*
*General Counsel, Committee on Government Operations (1988 – 1994)*
*Assistant Counsel, Subcommittee on Criminal Justice/Committee on the Judiciary (1984 – 1988)*

**United States Department of Housing & Urban Development** · Washington, D.C.                    1978 - 1984
*Attorney Advisor, Office of the General Counsel*

| EDUCATION, AFFILIATIONS & PUBLICATIONS |
|---|

**Rutgers University Law Center** · Newark Campus                                          1977
*Doctor of Jurisprudence*

**Manhattan College** · New York                                                           1974
*Bachelor of Arts in Government*

**Pennsylvania State Bar Association**
*Member*

Publication: *Charles Tiefer & Ronald Stroman – Uncovering Congress' Intent in the Federal Acquisition Streamlining Act on Commercial Product Acquisition, The Procurement Lawyer (Summer 1997).*