IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMOCRATIC NATIONAL COMMITTEE,
et al.,

        Plaintiffs,        OPINION AND ORDER

  v.

                    20-cv-249-wmc

MARGE BOSTELMANN, et al.,

        Defendants,

and

WISCONSIN LEGISLATURE,
REPUBLICAN NATIONAL COMMITTEE,
and REPUBLICAN PARTY OF WISCONSIN,
        Intervening-Defendants.

---

SYLVIA GEAR, et al.,

        Plaintiffs,        ORDER

  v.

                    20-cv-278-wmc

MARGE BOSTELMANN, et al.,

        Defendants,

and

WISCONSIN LEGISLATURE,
REPUBLICAN NATIONAL COMMITTEE,
and REPUBLICAN PARTY OF WISCONSIN,
        Intervening-Defendants.

---

CHRYSTAL EDWARDS, et al.,

        Plaintiffs,        ORDER

  v.

                    20-cv-340-wmc

ROBIN VOS, et al.,

        Defendants,

and

REPUBLICAN NATIONAL COMMITTEE,
and REPUBLICAN PARTY OF WISCONSIN,
          Intervening-Defendants.

---

JILL SWENSON, et al.,

                    Plaintiffs,                  OPINION AND ORDER

   v.

                                                  20-cv-459-wmc

MARGE BOSTELMANN, et al.,

                    Defendants,
   and

WISCONSIN LEGISLATURE,
REPUBLICAN NATIONAL COMMITTEE,
and REPUBLICAN PARTY OF WISCONSIN,
          Intervening-Defendants.

---

Consistent with the status conference held with the parties in these four, consolidated cases, IT IS ORDERED in advance of the August 5, 2020, preliminary injunction hearing that:

1. **Hearing Logistics**

The preliminary injunction hearing will be held by Zoom beginning at 9 a.m. on Wednesday morning, August 5, 2020. The parties should familiarize themselves with the Western District's Zoom Guide prior to the hearing: https://www.wiwd.uscourts.gov/sites/default/files/Prepare_for_Zoom_Hearing.pdf. No later than 5 p.m. tomorrow, August 4, the parties shall provide the email addresses for the attorneys who will participate in Wednesday's hearing by emailing them to Melissa_Hardin@wiwd.uscourts.gov. Each party shall designate no more than two lead counsel to appear, although each party *may* designate other attorney(s) to participate if they feel it is truly necessary. The parties should also provide the email addresses for the witnesses who will appear.

The hearing will proceed roughly according to the following schedule: From 9 a.m. until

10:30 a.m., the parties will present opening arguments regarding the easing of statutory deadlines with respect to both voter registration and absentee or in-person voting in light of COVID-19. Both sides may have forty-five minutes (including questioning by the court) to present their opening statements.

From 10:30 a.m. until noon the court will hear testimony from live witnesses, beginning with questioning of the court of Ms. Wolfe and, if necessary, Mr. Spindell. The parties will be given the opportunity to examine Administrator Wolfe only on the subject matter raised by the court in its questioning. If for some reason Administrator Wolfe is unavailable during that time, counsel for the WEC is welcome to propose alternative times to the court. Mr. Spindell will be made available for cross-examination as set forth above, unless defendants indicate that his testimony is no longer being relied upon for purposes of plaintiffs' motions for preliminary injunction, in which case he will not be called.

From 1 p.m. until 3 p.m. the court will hear opening statements regarding plaintiff's assertions of unreasonable hurdles placed on certain individuals to register or vote, whether absentee or in-person. Both sides will each have one hour to present opening statements, including questioning from the court. As appropriate, the court will also hear closing arguments from both sides.

## 2.  Additional Submissions

The Swenson plaintiffs may have until 5 p.m. tomorrow, August 4, to provide the court and the parties with the specific designations from the July 31 deposition of the RPW 30(b)(6) deponent(s). Defendants and intervening-defendants may have until 5 p.m. on Thursday, August 6, to respond. Defendants and intervening-defendants may also have until 5 p.m. on Thursday to respond to the Gear, Swenson, and DNC plaintiffs' supplemental proposed findings of fact. (*See* dkts. #494, 501, 506.) Any objections to the proposed exhibits must be submitted to the court

by noon tomorrow, August 4.  Responses to the objections are due by 5 p.m. that same day.

IT IS SO ORDERED.

Entered this 3rd day of August, 2020.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge