IMPORTANT VOTER INFORMATION ENCLOSED

Wisconsin Elections Commission
P.O. Box 7984
Madison, WI 53707-7984





## You Have Three Ways to Vote in the Election on **November 3, 2020**



**OPTION 1**
### Voting at the polls
You can cast your ballot at your polling place on Election Day, November 3, 2020. Polls are open from 7 a.m. to 8 p.m. To find your polling place, visit **myvote.wi.gov** or call 1-866-868-3947.



**OPTION 2**
### In-person voting by absentee ballot
**You can cast an absentee ballot in person before Election Day.** Contact your municipal clerk's office to learn more about your community's in-person absentee voting options, locations, and hours of operation. To find your clerk, visit **myvote.wi.gov** or call the Wisconsin Elections Commission.



**OPTION 3**
### Voting absentee ballot by mail
You can request an absentee ballot at **myvote.wi.gov.** You can also make your request by mail, using the included request form and postage-paid envelope. To learn more, turn to the next page. **Your request must be received by the Wisconsin Elections Commission or your municipal clerk no later than 5 p.m. on October 29, 2020.**

To learn more about public health and elections, visit our website, **https://elections.wi.gov/covid-19**

### MAKE SURE YOUR VOTER REGISTRATION IS UP TO DATE

You must be registered to vote, and your name and address must be current, before you can vote in person or request an absentee ballot. The name and address on this mailer may be your current voter registration information. If you need to check your registration or update your registration you can visit **myvote.wi.gov**. You can also register to vote by mail, in person at your municipal clerk's office, or at your polling place on Election Day. Every option has its own deadline. Visit **myvote.wi.gov** or call 1-866-868-3947 to learn more.

### NEED ASSISTANCE? WE'RE HERE TO HELP.

Visit **myvote.wi.gov** or call 1-866-868-3947 (TTY 1-800-947-3529) for assistance.

Para obtener información en Español, llama 1-866-868-3947 o visita **myvote.wi.gov/es-es/**

*(continued on other side)* →



Wisconsin Elections Commission     This is an Official Mailing from the State of Wisconsin

## Requesting an Absentee Ballot

Visit **myvote.wi.gov** to request your absentee ballot online. It's easy, especially when you use a mobile device.

**STEP 1**
Visit
MyVote.wi.gov



**STEP 2**
Click
Vote Absentee



**STEP 3**
Enter your name and date of birth



**STEP 4**
Upload a picture or file of your acceptable photo ID



### No internet? No problem.

Don't have easy access to the internet? Use the enclosed absentee ballot request form and postage-paid envelope to make your request.

**Here are the three things you have to do:**

✔ Fill out the enclosed request form.

✔ Get a photocopy of your acceptable photo ID.

✔ Mail your completed form and the photocopy of your photo ID in the enclosed envelope as soon as possible. It must arrive by October 29.

### Don't wait. Request your absentee ballot today.

**Your request must be received by October 29.** It takes time to receive an absentee ballot, and once you receive your ballot you will need to arrange for a witness to observe and to sign your ballot return envelope. **All absentee ballots must be received by your municipal clerk no later than 8 p.m. on Election Day, November 3, 2020.**

---

**YOU NEED A PHOTO ID TO VOTE**

No matter how you cast your vote, most voters will need to show an acceptable photo ID, like a Wisconsin driver license or state ID card, US passport, or Veterans ID card. Your photo ID does not need your current address. Visit **bringit.wi.gov** to see a complete list of acceptable photo IDs and learn how to get a photo ID for free, if you don't have one.

★ **At the polls or clerk's office**
Just show your photo ID to receive your ballot.

★ **Requesting an absentee ballot online**
Upload a picture of your photo ID. It's easy when you use a mobile device.

★ **Requesting an absentee ballot by mail**
Include a picture or photocopy of your photo ID with your application.

---

**ARE YOU INDEFINITELY CONFINED?**

If you are indefinitely confined due to age, illness, infirmity, or disability, you may certify your status by checking "indefinitely confined" on the enclosed application. Wisconsin law exempts indefinitely confined voters from the requirement to provide a photo ID when requesting an absentee ballot by mail.

---

Wisconsin Elections Commission          This is an Official Mailing from the State of Wisconsin

# Wisconsin Absentee Ballot Request

- ! You must be registered to vote before requesting an absentee ballot.
- ! You must provide a copy of your photo ID with this request.
- ! You must return this request to the WEC or your municipal clerk so it is received **no later than 5:00 p.m. on October 29, 2020**.
- ! This request must be completed by the voter unless assistance is required due to physical disability.
- ! If you have questions while completing this request, please contact us at **(866) 868-3947**.

Please complete legibly
Additional instructions on reverse

## 1. Voter Information
*provide your name and residential voting address as they appear on your Wisconsin voter record*

- First Name _____    Middle Name _____
- Last Name _____    Suffix (Jr. II, etc.) _____
- Street Address _____    Apt/Room # _____
- City/Town/Village of _____    State ____    Zip ____

If you are a military or overseas voter, please check the appropriate box:
See additional info on back
☐ Military    ☐ Permanent Overseas    ☐ Temporary Overseas

## 2. Where do you want your ballot sent?

☐ Mailing address same as above (check box and proceed to section 3).

If you would like your ballot mailed to a different address, provide that information below:

**Street Address (or P.O. Box)** _____

**City/State/Country/Zip** _____

*Please see the back of this form for information on receiving your ballot by email or fax.*

## 3. For which election(s) do you want a ballot?
*mark only one*

☐ **The General Election on November 3, 2020**

☐ **For indefinitely-confined voters only:** I certify that I am indefinitely confined due to age, illness, infirmity, or disability and request absentee ballots be sent to me automatically until I am no longer confined or I fail to return a ballot.
*Anyone who makes false statements in order to obtain an absentee ballot may be fined not more than $1,000 or imprisoned for not more than 6 months or both. Wisconsin State Statutes sections 12.13(3)(i) and 12.60(1)(b).*

X _____
To certify as indefinitely confined your signature is required here (or an assistant may sign on your behalf if you are unable to sign because of a physical disability).

## 4. Make sure you're providing a photocopy of acceptable photo ID
*additional info on back*

☐ Please check this box to affirm that, if required, you are providing a photocopy of acceptable photo ID.

**These are common types of acceptable photo ID. Check the box for the type you are including with your request:**

| Wisconsin driver license or state-issued ID card | University, college, or tech college ID (with enrollment verification) | Military ID card or photo ID issued by the Department of Veterans Affairs | U.S. Passport booklet or card | Certificate of Naturalization | ID card issued by a federally recognized Wisconsin Tribe | A receipt for a Wisconsin driver license or state-issued ID |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Please do not include the original physical version of your photo ID when returning your request.**

## 5. Contact Information

Please consider providing your contact information in case the WEC or your clerk need to follow up on your request (optional).

Phone Number ( _____ ) _____

Email Address _____

## 6. Voter Signature

☐ I am a registered, eligible voter in the State of Wisconsin and my name and address are up-to-date in my voter registration record.

*By signing this absentee ballot request form, I attest that the information provided is true and correct to the best of my knowledge and ability and I have not provided any false information for the purpose of obtaining an absentee ballot. Wisconsin State Statutes sections 12.13(3)(i) and 12.60(1)(b).*

X _____
Voter Signature    Today's Date

## 7. Assistant
*if someone signed this form on your behalf*

*I certify that the application is made on request and by authorization of the named elector, who is unable to sign the application due to a physical disability.*

X _____
Assistant Signature    Today's Date



# Wisconsin Absentee Ballot Request Instructions

**Photo ID requirement:** If you have not provided a copy of acceptable photo ID with a prior absentee ballot request, a copy of a photo ID must be attached to this request. You may submit your request and a photocopy of your ID by mail, fax, or email.

### The following documents are acceptable photo ID

- State of Wisconsin driver license or ID card
- Military ID card issued by a U.S. uniformed service
- Photo ID issued by the federal Department of Veterans Affairs
- University, college, or technical college ID AND proof of enrollment (examples include a fee receipt, class schedule, or enrollment verification form)
- U.S passport booklet or card
- Certification of Naturalization
- Wisconsin DOT driver license or ID card receipt
- Citation/notice to revoke or suspend Wisconsin driver license
- ID card issued by a federally recognized Indian tribe in Wisconsin

For additional information about photo ID, visit **https://bringit.wi.gov,** or contact the Wisconsin Elections Commission at **(866) 868-3947**.

**Indefinitely Confined, Military, Permanent Overseas, and Confidential voters are not required to provide photo ID with this request.**

| | |
|---|---|
| 1 | • Provide your **name** as you are registered to vote in Wisconsin. If applicable, please provide your suffix (Jr, Sr, etc.) and/or middle name.<br>• Provide your **home address** (legal voting residence) with full house number (including fractions, if any).<br>• Indicate the municipality. Use the municipality's formal name (for example: City of Ashland, Village of Greendale, or Town of Albion).<br>• <u>You may not enter a P.O. Box as a voting residence</u>. A rural route box without a number may not be used.<br>• Please indicate if you are an active duty military voter, a permanent overseas voter, or a temporary overseas voter.<br>   • A military voter is a person, or the spouse or dependent of a person who is a member of a uniformed service or the Merchant Marine, a civilian employee of the United States, a civilian officially attached to a uniform service and serving outside the United States, or a Peace Corps volunteer. Military voters do not need to register to vote.<br>   • A permanent overseas voter is a person who is a United States citizen, 18 years old or older, who last resided in Wisconsin prior to leaving the United States, is not registered at any other location <u>and has no present intent to return</u>. An adult child of a United States citizen who resided in Wisconsin prior to moving abroad qualifies as a permanent overseas voter. Permanent overseas voters will receive ballots for federal offices only and must be registered prior to receiving a ballot.<br>   • A temporary overseas voter is a person who is eligible to vote in Wisconsin and <u>has a present intent to return</u>. They will receive the full ballot and need to be registered to vote prior to receiving a ballot. |
| 2 | • Mark the first box if you would like the ballot mailed to the address listed in section 1.<br>• If you would like your ballot mailed to a different address than the address in section 1, please list this address or P.O. Box here.<br>• If no preference is indicated, your absentee ballot will be mailed to the address you provided in section 1.<br>• If you would like to receive your ballot by email or fax, please contact us at (866) 868-3947 for additional information.<br>• Voters who request their ballots by email or fax will require access to a printer and must provide their own envelope and postage to return their ballot. |
| 3 | • Mark the first box if you would like to receive a ballot for the November 3, 2020 General Election.<br>• Mark the second box only if you are indefinitely confined due to age, illness, infirmity, or disability and wish to request absentee ballots for all elections until you are no longer confined or until you fail to return a ballot. **Indefinitely confined voters are not required to provide photo ID with this request.** |
| 4 | • Please confirm that you are attaching a copy of acceptable photo ID to your absentee ballot request.<br>• There may be delays in receiving your absentee ballot if you do not attach a copy of acceptable photo ID to your request. |
| 5 | • Consider providing your phone number or email address so the Wisconsin Elections Commission or your municipal clerk can contact you about your request if necessary. Providing this information is optional and, if included, your contact information <u>will be subject to public records requests</u>. |
| 6 | • By signing this absentee ballot request form, you certify and attest that the information provided is true and correct to the best of your knowledge and ability, and that you have not provided any false information for the purpose of obtaining an absentee ballot. Anyone who makes false statements in order to obtain an absentee ballot may be fined not more than $1,000 or imprisoned for not more than 6 months or both. Wisconsin State Statutes 12.13(3)(i) and 12.60(1)(b).<br>• You must be registered to vote before you can request an absentee ballot. Please check this box to confirm that you are registered and that your name and address are current in your voter registration record.<br>• To confirm that you are registered to vote and that the information in your registration record is up-to-date, please visit https://myvote.wi.gov or contact us by phone at (866) 868-3947. |
| 7 | • In the situation where the elector is unable to sign this form due to a physical disability, the elector may authorize another elector to sign on his or her behalf. Any elector signing an application on another elector's behalf shall attest to a statement that the application is made on request and by authorization of the named elector, who is unable to sign the application due to a physical disability. |

 **This request must be received by the WEC or delivered to your municipal clerk no later than 5:00 p.m. on October 29, 2020.**

Return your request by mail to the WEC:

Wisconsin Elections Commission
P.O. Box 7984
Madison, WI 53707-7984

or

To find contact information for your municipal clerk, visit https://myvote.wi.gov