UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Democratic National Committee *and* Democratic Party of Wisconsin,<br>   Plaintiffs,<br> v.<br>Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., *and* Mark L. Thomsen, *in their official capacities as Wisconsin Elections Commissioners*,<br>   Defendants,<br> and<br>Republican National Committee, Republican Party of Wisconsin, *and* the Wisconsin State Legislature,<br>   Intervenor-Defendants. | No. 3:20-cv-249-wmc (consolidated with Nos. 3:20-cv-278-wmc, 3:20-cv-340-wmc, and 3:20-cv-459-wmc) |
| Sylvia Gear, Malekeh K. Hakami, Patricia Ginter, Claire Whelan, Wisconsin Alliance for Retired Americans, League of Women Voters of Wisconsin,<br>   Plaintiffs,<br> v.<br>Marge Bostelmann, Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, *and* Ann S. Jacobs, in their official capacity as members of the Wisconsin Elections Commission, Meagan Wolfe, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br>   Defendants,<br> and<br>Republican National Committee, Republican Party of Wisconsin, and the Wisconsin State Legislature,<br>   Intervenor-Defendants. | No. 3:20-cv-278-wmc (consolidated with Nos. 3:20-cv-249-wmc, 3:20-cv-340-wmc, and 3:20-cv-459-wmc) |

| | |
|---|---|
| Chrystal Edwards, Terron Edwards, John Jacobson, Catherine Cooper, Kileigh Hannah, Kristopher Rowe, Katie Rowe, Charles Dennert, Jean Ackerman, William Laske, Jan Graveline, Todd Graveline, Angela West, Douglas West, *and all others similarly situated*,<br>　　　Plaintiffs,<br>　v.<br>Robin Vos, *in his official capacity as Speaker of the Wisconsin State Assembly*; Scott Fitzgerald, *in his official capacity as Majority Leader of the Wisconsin State Senate*; Wisconsin State Assembly; Wisconsin State Senate; Wisconsin Elections Commission; Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, *in their official capacities as members of the Wisconsin Elections Commission*, and Meagan Wolfe, *in her official capacity as the Administrator of the Wisconsin Elections Commission*,<br>　　　Defendants,<br>　　and<br>Republican National Committee *and* Republican Party of Wisconsin,<br>　　　Intervenor-Defendants. | No. 3:20-cv-340-wmc (consolidated with Nos. 3:20-cv-249-wmc, 3:20-cv-278-wmc, and 3:20-cv-459-wmc) |
| Jill Swenson, Melody McCurtis, Maria Nelson, Black Leaders Organizing for Communities, *and* Disability Rights Wisconsin,<br>　　　Plaintiffs,<br>　v.<br>Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., *and* Mark L. Thomsen, *Commissioners of the Wisconsin Elections Commission*; Meagan Wolfe, *Administrator of the Wisconsin Elections Commission*,<br>　　　Defendants,<br>　　and<br>Republican National Committee, Republican Party of Wisconsin, *and* the Wisconsin Legislature,<br>　　　Intervenor Defendants. | No. 3:20-cv-459-wmc (consolidated with Nos. 3:20-cv-249-wmc, 3:20-cv-278-wmc, and 3:20-cv-340-wmc) |

## THE WISCONSIN LEGISLATURE'S EMERGENCY NOTICE OF APPEAL

- 2 -

Notice is hereby given that the Wisconsin Legislature ("Legislature")—an Intervenor-Defendant in *Democratic National Committee v. Bostelmann*, No. 3:20-cv-249 ("*DNC*"); *Gear v. Bostelmann*, No. 3:20-cv-278; and *Swenson v. Bostelmann*, No. 3:20-cv-459, and a Defendant in *Edwards v. Vos*, No. 3:20-cv-340 (named separately as "Wisconsin State Assembly" and "Wisconsin State Senate")—appeals on an emergency basis to the United States Court of Appeals for the Seventh Circuit from the Opinion And Order Granting A Preliminary Injunction in each of the consolidated cases, Dkt.538,[*] with the court's separate order at Dkt.539, entered on September 21, 2020.  The district court consolidated these four cases for all purposes in an order on June 30, 2020. Dkt.234

The Legislature intends to imminently file an emergency motion with the Seventh Circuit to stay the preliminary injunction pending appeal; accordingly, the Legislature respectfully requests that the Clerk expedite the processing of this notice of appeal.

---

[*] All citations to "Dkt." refer to the district-court docket in *DNC*, No. 3:20-cv-249.

Dated this 23rd day of September, 2020.

        Respectfully submitted,

        /s/ Misha Tseytlin

| | |
|---|---|
| SCOTT A. KELLER<br>BAKER BOTTS LLP<br>700 K Street, N.W.<br>Washington, DC 20001<br>(202) 639-7837<br>(202) 585-1023 (fax)<br>scott.keller@bakerbotts.com<br><br>*Counsel for Legislature in Gear*<br><br>ERIC M. MCLEOD<br>LANE E. RUHLAND<br>HUSCH BLACKWELL LLP<br>P.O. Box 1379<br>33 East Main Street, Suite 300<br>Madison, WI 53701-1379<br>(608) 255-4440<br>(608) 258-7138 (fax)<br>eric.mcleod@huschblackwell.com<br>lane.ruhland@huschblackwell.com<br><br>LISA M. LAWLESS<br>HUSCH BLACKWELL LLP<br>555 East Wells Street, Suite 1900<br>Milwaukee, WI 53202-3819<br>(414) 273-2100<br>(414) 223-5000 (fax)<br>lisa.lawless@huschblackwell.com<br><br>*Counsel for Legislature in DNC* | MISHA TSEYTLIN<br>*Counsel of Record*<br>ROBERT E. BROWNE, JR.<br>KEVIN M. LEROY<br>SEAN T.H. DUTTON<br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>227 W. Monroe Street, Suite 3900<br>Chicago, IL 60606<br>(608) 999-1240<br>(312) 759-1939 (fax)<br>misha.tseytlin@troutman.com<br>robert.browne@troutman.com<br>kevin.leroy@troutman.com<br>sean.dutton@troutman.com<br><br>*Counsel for Legislature in DNC, Gear, Edwards, and Swenson* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020 I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

        Dated: September 23, 2020

        /s/ Misha Tseytlin
        MISHA TSEYTLIN