IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE and DEMOCRATIC PARTY OF WISCONSIN,<br>*Plaintiffs*,<br><br>v.<br><br>Marge BOSTELMANN, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN,<br>*Intervenor-Defendants*. | Case No. 3:20-cv-249-wmc (consolidated with Nos. 3:20-cv-278-wmc, 3:20-cv-340-wmc, and 3:20-cv-459-wmc) |

## EMERGENCY NOTICE OF APPEAL

Notice is hereby given that the Intervenor-Defendants, Republican National Committee (RNC) and Republican Party of Wisconsin (RPW), hereby appeal—on an emergency basis—from the Opinion And Order Granting A Preliminary Injunction in each of the consolidated cases, Dkt. 538,[*] with the court's separate order at Dkt. 539, entered on September 21, 2020. The district court consolidated these four cases for all purposes in an order on June 30, 2020. Dkt. 234.

RNC and RPC intend to imminently file an emergency motion with the Seventh Circuit to stay the preliminary injunction pending appeal; accordingly, the RNC and RPC respectfully request that the Clerk expedite the processing of this notice of appeal.

Dated: September 23, 2020

Jeffrey M. Harris
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

Respectfully submitted,

 /s/ *Patrick Strawbridge*
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

---

[*] All citations to "Dkt." refer to the district-court docket in case number 3:20-249.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020 I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: September 23, 2020                    */s/ Patrick Strawbridge*
                                                                  Patrick Strawbridge